**FILED**

**AUG - 3 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

ELAINE L. CHAO, :
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR, :
THE CURTIS CENTER, SUITE 630E,
170 S. INDEPENDENCE MALL WEST
PHILADELPHIA, PA. 19106- Plaintiff, : Civil Action
3306
v.
: No. _____

CALEB A. GRAY-BURRISS, 3838 Carpenter :
Street SE, Washington DC 20020; NATIONAL
ASSOCIATION OF SPECIAL POLICE         CASE NUMBER  1:06CV01382
AND SECURITY OFFICERS,
1101 30th Street NW, Washington DC, 20020;   JUDGE: Gladys Kessler
NATIONAL ASSOCIATION OF
SPECIAL POLICE                              DECK TYPE: TRO/Preliminary Injunction
AND SECURITY OFFICERS PENSION FUND,   DATE STAMP: 08/03/2006
1101 30th Street NW, Washington DC, 20020;   :
NATIONAL ASSOCIATION OF
SPECIAL POLICE
AND SECURITY OFFICERS HEALTH PLAN
AND TRUST, :
1101 30th Street NW, Washington DC, 20020;
THE HARBOR BANK OF :
MARYLAND, 6820 Riverdale Road,
Riverdale, MD 20737; :
DECO SECURITY SERVICES, 14275 Golf
Course Drive, Suite 250, Baxter, MN 56425; :
SECTEK, INC., 11413 Isaac
Newtown Square, Reston, VA 20190; and :
AMERICAN SECURITY PROGRAMS, INC.
22900 Shaw Road, No. 101-1, Dulles, VA 20166, :

        Defendants. :

---

**APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor

2

("Secretary"), pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure, hereby applies for a temporary restraining order and for an order to show cause why the Court should not grant a preliminary injunction.

In the Complaint, filed pursuant to the Secretary's authority under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*, the Secretary alleges that defendants Caleb A. Gray-Burriss ("Burriss") and the National Association of Special Police and Security Officers ("NASPSO") have engaged in repeated and ongoing violations of ERISA and asks that they be removed from their fiduciary positions with respect to the NASPSO Pension Plan ("Pension Plan") and NASPSO Health Plan and Trust ("Health Plan"). In particular, defendants Burriss and NASPSO have taken assets out of the Pension Plan, including making cash withdrawals from the Pension Plan as well as transferring Pension Plan assets into NASPSO's Membership Dues account. Burriss is the Executive Director and Secretary-Treasurer of NASPSO and administers the Pension Plan and Health Plan. Pending the outcome of this action, the Secretary seeks a temporary restraining order and preliminary injunction prohibiting Burriss and NASPSO from releasing, transferring, withdrawing, distributing, or exercising any control over the Pension Plan and Health Plan.

In support of the Secretary's application, the Secretary submits the accompanying Memorandum and the Declaration of Investigator Donald Criswell of the Employee

Benefits Security Administration.

Respectfully submitted,

Post Office Address:

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
Phone-(215) 861-5139
Fax-(215) 861-5162

Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Donald K. Neely
Attorney

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff