UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ELAINE L. CHAO, SECRETARY OF LABOR    )
U.S. DEPARTMENT OF LABOR              )
                                      ) Civil
            v.                        ) Action
                                      ) #06-
                                      ) 1382
CALEB A. GRAY-BURRIS; NATIONAL ASSOCIATION ) (Kessler)
   OF SPECIAL POLICE AND SECURITY OFFICERS, et al. )
                                      )
```

### NOTICE OF APPEARANCE

Please enter the appearance of the below signed counsel as attorney for defendant National Association of Special Police and Security Officers in the instant matter.

Respectfully submitted

August 4, 2006

David R. Levinson
D.C. Bar #425176
Levinson Law Office
1320 19th Street, N.W.
Suite 601
Washington, D.C.  20036
(202) 223-3434

Attorney for National Association of Special Police and Security Officers

1

RECEIVED
AUG 0 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that I today, August 4, 2006, served a true copy of the foregoing by United States mail, first class pre-paid, upon:

Mr. Donald K. Neely, Esq.
U.S. Department of Labor
Office of the Solicitor
The Curtis Center, Suite 630E
170 S. Independence Mall West
Philadelphia, PA    19106

*[signature]*