U.S. Department of Labor

Office of the Solicitor
Suite 630 East
The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306

Reply to the Attention of: Sol # 0678427
Telephone: (215) 861-5139

Facsimile:
(215) 861-5162

August 11, 2006

Honorable Gladys Kessler
United States District Court for the
 District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Chao v. Gray-Burris, et al.*, C.A. No. 06-1382 (GK)

Dear Judge Kessler:

The Department of Labor, Employee Benefits Security Administration, has initiated an investigation of possible violations of Title I of the Employee Retirement Income Security Act ("ERISA") with respect to the National Association of Special Police and Security Officers Health Plan and Trust ("Health Plan"), pursuant to section 504 of ERISA, 29 U.S.C. § 1134. As part of its investigation, the Department intends to issue administrative subpoenas requesting information from certain persons pursuant to ERISA § 504(a), 29 U.S.C. § 1134(a). The Department recognizes that the Health Plan is currently a party to the above-captioned litigation, pursuant to Federal Rule of Civil Procedure 19. The Department believes, however, that conducting its investigation in accordance with ERISA § 504 is proper given that the Department has not alleged any ERISA violations concerning the Health Plan in the present litigation.

Respectfully,

Catherine Oliver Murphy
Regional Solicitor

By: *Donald K. Neely*
Donald K. Neely
Attorney

cc:   David R. Levinson, Esq.
      Caleb Gray-Burriss

SOL:RTB:df