UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ELAINE CHAO,                   )
     Secretary of Labor,       )
                               )
          Plaintiff,           )
     v.                        )   Civil Action No.
                               )   06-1382 (GK)
CALEB A. GRAY-BURRISS,         )
     et al.,                   )
                               )
          Defendants.          )
_____)
```

### O R D E R

A Status Conference was held in this case on **September 8, 2006.** Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that, by consent of the parties, a Preliminary Injunction shall issue extending the Temporary Restraining Order entered August 4, 2006 [Dkt. No. 3] until further notice of the Court; it is further

**ORDERED** that Plaintiff shall appoint an independent fiduciary to administer the National Association of Special Police and Security Officers ("NASPSO") Pension Fund pending the final resolution of this case and that Plaintiff shall take steps to ensure that the independent fiduciary keeps his or her administrative activities, and fees, to a minimum during this time; it is further

**ORDERED** that, pending the final resolution of this case, Defendants Caleb A. Gray-Burriss and NASPSO shall pay any fees arising out of the independent fiduciary's administration of the NASPSO Pension Fund; it is further

**ORDERED** that any payments due to the NASPSO Pension Fund or the NASPSO Health and Benefit Plan shall be paid to the independent fiduciary or Health Plan Administrator, as appropriate and in accordance with the relevant Collective Bargaining Agreements; and it is further

**ORDERED** that a further Status Conference will be held **October 11, 2006** at **10:00 a.m.**.  The parties shall submit a joint praecipe no later than **October 6, 2006,** informing the Court of the status of this case.

September 8, 2006

/s/
Gladys Kessler
U.S. District Judge

**Copies to**: **attorneys on record via ECF**