IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>           Plaintiff,<br><br>    v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>           Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

**PLAINTIFF'S MOTION TO AMEND THE COURT ORDER OF SEPTEMBER 8, 2006**

Plaintiff, Secretary of Labor, United States Department of Labor, through her undersigned counsel, makes this Motion to Amend the Court Order of September 8, 2006. The Secretary seeks an amended order so that Metro Benefits, Inc. ("Metro Benefits") is appointed as the independent fiduciary to administer the Pension Plan of the National Association of Special Police and Security Officers ("NASPSO Pension Plan"). The Secretary also seeks an amended order so that Defendants Caleb A. Gray-Burriss ("Burriss") and NASPSO pay the costs of the independent fiduciary to the NASPSO Pension Plan, and an order directing that Metro Benefits be paid from the assets of the Plan.

In support thereof, the Secretary states as follows:

1)      The Secretary filed an application for a temporary restraining order and preliminary injunction, along with a Complaint, on August 3, 2006. The Complaint alleges that Burriss and NASPSO breached their fiduciaries duties under ERISA with respect to the NASPSO Pension Plan.

2)      Following a hearing on August 4, 2006, the Court granted the Secretary's application for temporary restraining order. The Court's Order of August 4, 2006 modified the order proposed by the Secretary. At that time, the Court did not appoint the independent fiduciary, Metro Benefits, which the Secretary had proposed for the administration of the NASPSO Pension Plan.

3)      The Court held a status conference on September 8, 2006. At the status conference, the Secretary renewed her request for the appointment of the proposed independent fiduciary for the Pension Plan. At this status conference, the Court determined that the appointment of the independent fiduciary was warranted. The written Order that followed stated that the Plaintiff shall appoint the independent fiduciary.

4)      While the Secretary can make recommendations regarding the appointment of independent fiduciaries, the Secretary does not have the authority to appoint independent fiduciaries under ERISA. Accordingly, the Secretary respectfully requests that the independent fiduciary, Metro Benefits, be appointed by the Court. Metro Benefits, Inc. is located at 4900 Perry Highway, Suite 100, Pittsburgh, PA 15229.

5)      The Secretary also seeks an amendment to the Order reflecting that Defendants Burriss and NASPSO shall pay the costs and fees of plan administration to the NASPSO Pension Plan, and that Metro Benefits shall be paid for its fiduciary services from the assets of the Plan. Such an Order will ensure that Metro Benefits is timely compensated for its services to the Plan.

6)      Pursuant to Local Rule LCvR 7(m), Plaintiff has discussed this Motion with all opposing counsel not named as defendants pursuant to Rule 19 of the Federal Rules of Civil Procedure, and has determined that there is no opposition to this Motion. Pursuant to Local Rule

LCvR 7(c), the Secretary has enclosed a proposed order, which is a consent order signed by the respective counsel for the Secretary, Caleb A. Gray-Burriss, and NASPSO.

WHEREFORE, the Secretary respectfully requests the Motion to Amend the Court Order of September 8, 2006 be granted.

Post Office Address:

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Respectfully submitted,

Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

*/s/ Donald K. Neely*
Donald K. Neely
Attorney

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,  Plaintiff,  v.  CALEB A. GRAY-BURRISS, et al.,  Defendants. | Civil Action  No. 06-1382 (GK) |

### ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Secretary of Labor's Motion to Amend the Court Order of September 8, 2006, and there being no opposition thereto, it is hereby ORDERED that:

Metro Benefits, Inc., 4900 Perry Highway, Suite 100, Pittsburgh, PA 15229, is appointed as the independent fiduciary to administer the NASPSO Pension Plan, and to perform the duties of an independent fiduciary in accordance with the terms of the Court's Order of September 8, 2006.

Defendants Caleb A. Gray-Burriss and NASPSO shall pay the fees arising out of Metro Benefit's administration of the NASPSO Pension Plan to the NASPSO Pension Plan, and Metro

Benefits shall be paid for its services from the assets of the Plan.

Date: _____

_____
United States District Court


Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

_____
Donald K. Neely
Attorney

Attorneys for Plaintiff

_____
David R. Levinson

Levinson Law Office
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036
(202) 223-3434

Attorney for NASPSO

_____
Herman Brown

5100 Wisconsin Ave., NW
Washington, D.C. 20016
(202) 244-2705

Attorney for Caleb A. Gray-Burriss

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2006, the Secretary's Motion to Amend the Court Order of September 8, 2006 and proposed Consent Order were filed via the ECF system and transmitted via facsimile and first class mail, postage pre-paid, on the following:

David R. Levinson, Esq.
Levinson Law Office
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036
Fax- 202-659-1034

Herman Brown, Esq.
5100 Wisconsin Ave, N.W.
Washington, D.C. 20016
Fax- 202-362-8285

Mark R. Gleeman, Esq.
Winthrop & Weinstine
Counsel for Deco Security Services
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402-4629
Fax- 612-604-6877

Ann Trinca, Esq.
General Counsel for SecTek, Inc.
11413 Isaac Newtown Square, South
Reston, VA 20190
Fax- 703-842-6114

Jennifer Reichelt
Director of Human Resources
American Security Programs, Inc.
22900 Shaw Road, No. 101-1
Dulles, VA 20166
Fax- 703-435-8916

Ted Hernandez
Senior Vice President
Harbor Bank of Maryland
6820 Riverdale Road
Riverdale, MD 20737
Fax- 410-951-1858

Donald K. Neely
Attorney