UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ELAINE CHAO,                   )
    Secretary of Labor,        )
                               )
        Plaintiff,             )
    v.                         )   Civil Action No.
                               )   06-1382 (GK)
CALEB A. GRAY-BURRISS,         )
    et al.,                    )
                               )
        Defendants.            )
_____)
```

**O R D E R**

Upon consideration of Plaintiff's Motion to Amend the Court's September 8, 2006 Order [Dkt. No. 7], and the lack of any opposition thereto, it is hereby

**ORDERED** that Plaintiff's Motion is **granted**; it is further

**ORDERED** that Metro Benefits, Inc., 4900 Perry Highway, Suite 100, Pittsburgh, PA 15229, is appointed as the independent fiduciary to administer the National Association of Special Police and Security Officers ("NASPSO") Pension Plan, and to perform the duties of an independent fiduciary pursuant to the terms of the Court's September 8, 2006 Order; and it is further

**ORDERED** that Defendants Caleb A. Gray-Burriss and NASPSO shall pay the fees arising out of the administration of the NASPSO

Pension Plan and that Metro Benefits, Inc. shall be paid for its services from the assets of the Pension Plan.

|  |  |
|---|---|
| September 29, 2006 | /s/<br>Gladys Kessler<br>U.S. District Judge |

**Copies to**: **attorneys on record via ECF**