IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>          Plaintiff,<br><br>    v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>          Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

### PRAECIPE

Plaintiff, Secretary of Labor, United States Department of Labor, and defendants defendants Caleb A. Gray-Burriss ("Burriss") and the National Association of Special Police and Security Officers ("NASPSO"), through their respective undersigned counsel, hereby file this praecipe to inform the Court of the status of the above-captioned matter in accordance with the Court's Order of September 8, 2006. The parties are currently scheduled to participate in a status conference on Monday, October 16, 2006 at 11:00 am. The status conference, originally set for October 11th, was rescheduled by the Court on September 25, 2006.

The parties respectfully aver as follows:

1) Following the Court's Order of September 8, 2006, Plaintiff filed a Motion dated September 15, 2006, seeking an amendment of the Court's September 8th Order regarding the appointment and payment of the independent fiduciary for the NASPSO Pension Plan.

2) By Order dated September 29, 2006, the Court granted Plaintiff's Motion.

3) The parties have engaged in ongoing discussions to determine whether this matter can be resolved by entering into a consent judgment. Plaintiff, as she has stated in her Complaint, is seeking the restoration of all Pension Plan assets, among other requested relief.

4) As Plaintiff's counsel stated at the September 8, 2006 hearing, Plaintiff is willing to consider claims by defendants Burriss and NASPSO that they cannot immediately restore all assets and interest owed to the Pension Plan. However, in order to consider the possibility of a payment plan, Plaintiff requires complete, up-to-date financial information from the two defendants. To date, Plaintiff has not received complete, financial information necessary to assess the defendants' abilities to pay.

5) Within the last week, Plaintiff received financial information from defendant Burriss. Plaintiff is currently reviewing these documents to determine whether the information is complete and supportive of defendant Burris' claim regarding his inability to immediately restore all assets to the Pension Plan. Plaintiff has not received financial information from NASPSO. NASPSO has informed Plaintiff that it intends to provide the information within about two weeks.

6) Plaintiff's counsel has recently learned that both Mr. Levinson and Mr. Brown have conflicts and are not available to attend the Court's status conference scheduled for October 16, 2006. Defendants' counsel respectfully request to reschedule the status conference. Plaintiff's counsel does not object to their request, provided that the conference be rescheduled to a time when Plaintiff is available.

7) While Plaintiff is amenable to rescheduling the status conference, Plaintiff is also willing to forego the scheduled status conference and proceed to the scheduling of a Rule 16(b) scheduling conference.

Respectfully submitted,

Howard M. Radzely
Solicitor of Labor

| | |
|---|---|
| Catherine Oliver Murphy<br>Regional Solicitor<br>Office of the Solicitor<br>U.S. Department of Labor<br>Suite 630E, The Curtis Center<br>170 S. Independence Mall West<br>Philadelphia, PA 19106-3306<br>(215) 861-5139 | _____<br>David R. Levinson<br><br>Levinson Law Office<br>1320 19th Street, N.W.<br>Suite 601<br>Washington, D.C. 20036<br>(202) 223-3434<br><br>Attorney for NASPSO |
| _____<br>Donald K. Neely<br>Attorney<br><br>Attorneys for Plaintiff | _____<br>Herman Brown<br><br>5100 Wisconsin Ave., NW<br>Washington, D.C. 20016<br>(202)244-2705<br><br>Attorney for Caleb A. Gray-Burriss |

Sent By: LEVINSON LAW OFC.; 202 659 1034; Oct-6-06 11:24AM; Page 2/3
Case 1:06-cv-01382-GK    Document 9    Filed 10/06/2006    Page 4 of 4
10/06/2006 10:20 FAX 2158615182    USDOL SOL III    002/002
10/05/2006 16:37    2023528285    DC NURSES ASSOCIATIO    PAGE 04

7) While Plaintiff is amenable to rescheduling the status conference, Plaintiff is also willing to forego the scheduled status conference and proceed to the scheduling of a Rule 16(b) scheduling conference.

Respectfully submitted,

Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Donald K. Neely
Attorney

Attorneys for Plaintiff

David R. Levinson

Levinson Law Office
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036
(202) 223-3434

Attorney for NASPSO

Herman Brown

5100 Wisconsin Ave., NW
Washington, D.C. 20016
(202)244-2705

Attorney for Caleb A. Gray-Burriss

3