IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## PRAECIPE

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff", "Department") and defendants Caleb A. Gray-Burriss ("Burriss") and the National Association of Special Police and Security Officers ("NASPSO"), through their respective undersigned counsel, hereby file this praecipe to inform the Court of the status of the above-captioned matter since the parties last filed a praecipe on October 6, 2006. The parties are currently scheduled to participate in a status conference on Thursday, November 16, 2006 at 11:00 am.

The parties respectfully aver as follows:

1) The parties have continued to engage in discussions to determine whether this matter can be resolved by entering into a consent judgment. Plaintiff, as she has stated in her Complaint, is seeking the restoration of all Pension Plan assets, among other requested relief.

2) As Plaintiff's counsel stated at the September 8, 2006 hearing, Plaintiff is willing to consider claims by defendants Burriss and NASPSO that they cannot immediately restore all assets and interest owed to the Pension Plan.

3) On November 1, 2006, Defendant NASPSO provided Plaintiff with a settlement offer consisting of the restoration of Pension Plan assets through a down payment and subsequent monthly installment payments. However, to date, Plaintiff has not received complete, financial information necessary to fully assess defendant NASPSO's settlement offer and ability to pay. Defendant NASPSO expects to produce the necessary information to the Department within the next few weeks.

4) On November 9, 2006, defendant Burriss mailed financial documentation to Plaintiff in support of his request to restore Pension Plan assets through a payment plan. The Department is currently reviewing the documentation provided by defendant Burriss. Plaintiff expects Burriss to make a settlement offer regarding the restoration of Pension Plan assets and interest.

5) Within the last two weeks, Plaintiff's counsel received a referral from the Department's Employee Benefits Security Administration recommending that the Department take additional enforcement action against defendants NASPSO and Burriss with respect to fiduciary breaches related to the NASPSO Health Plan and Trust. Upon initial review, it appears to the Department that the proposed Health Plan and Trust enforcement action has merit and, as a result, it is possible that the Department will seek to amend its Complaint in the near future to allege additional fiduciary breaches. If the Department alleges additional fiduciary violations, the

Department will continue to work with defendants NASPSO and Burriss in an effort to amicably resolve such matters.

Respectfully submitted,

Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Donald K. Neely
Attorney

Attorneys for Plaintiff

David R. Levinson

Levinson Law Office
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036
(202) 223-3434

Attorney for NASPSO

Helman R. Brown, Jr.

5100 Wisconsin Ave., NW
Washington, D.C. 20016
(202) 244-2705

Attorney for Caleb A. Gray-Burriss

3