```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| ELAINE CHAO,<br>    Secretary of Labor,<br><br>        Plaintiff,<br>  v.<br><br>CALEB A. GRAY-BURRISS,<br>    <u>et</u> <u>al.</u>,<br><br>        Defendants. | Civil Action No.<br>06-1382 (GK) |

## O R D E R

A Status Conference was held in this case on **November 16, 2006.** Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that, no later than **January 10, 2007,** Plaintiff shall file a <u>praecipe</u> indicating the status of the case from Plaintiff's perspective, whether Plaintiff plans to file an amended complaint, and the status of the parties' efforts to resolve the existing Complaint; and it is further

**ORDERED** that Defendants' obligation to file an Answer to the Complaint will be stayed until further Order of the Court.

November 16, 2006

/s/
Gladys Kessler
U.S. District Judge

**<u>Copies</u> <u>to</u>: attorneys on record via ECF**