IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>　　　　　　　Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## PRAECIPE

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff", "Department"), through her undersigned counsel, hereby files this praecipe to inform the Court of the status of the above-captioned matter in accordance with the Court Order of November 16, 2006. Plaintiff respectfully avers as follows:

1) Since the status conference of November 16, 2006, counsel for Plaintiff has continued to confer with counsel for defendants Caleb A. Gray-Burriss ("Burriss") and the National Association of Special Police and Security Officers ("NASPSO") in order to seek an amicable resolution of the above-captioned matter. The parties have engaged in discussions to determine whether this matter can be resolved by entering into a consent judgment. Plaintiff, as she stated in her Complaint, is seeking the restoration of all Pension Plan assets, among other requested relief.

2) On January 9, 2007, Plaintiff filed an Amended Complaint in this matter. The Amended Complaint alleges fiduciary breaches with respect to the NASPSO Health Plan. The Amended Complaint adds an additional defendant, Russell A. Stephens,

and an additional Rule 19 defendant, Security Assurance Management, Inc. The Amended Complaint seeks, *inter alia*, the restoration of $12,481.00 in assets to the Health Plan, plus interest.

3) In light of the filing of the Amended Complaint, Plaintiff sees no basis for continuing the stay of defendants' obligation to file an Answer. Plaintiff believes a prompt resolution of this matter will be promoted by establishing the date by which defendants must file their Answers.

4) Plaintiff intends to move for an Order lifting the stay following service of the Amended Complaint upon defendants.

5) Counsel for Plaintiff intends to continue to engage in settlement discussions with the defendants in order to resolve all matters addressed by the Amended Complaint.

Respectfully submitted,

Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Donald K. Neely
Attorney

Attorneys for Plaintiff