IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>        v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>        Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## PLAINTIFF'S MOTION TO LIFT STAY AND ESTABLISH DATE BY WHICH DEFENDANTS' ANSWERS TO AMENDED COMPLAINT ARE DUE

Plaintiff, Secretary of Labor, United States Department of Labor, through her undersigned counsel, makes this Motion to Lift Stay and Establish Date by which Defendants' Answers to Amended Complaint are Due.

In support thereof, the Secretary states as follows:

1) The Secretary filed an application for a temporary restraining order and preliminary injunction, along with a Complaint, on August 3, 2006. The Complaint alleged that Caleb A. Gray-Burriss and the National Association of Special Police and Security Officers ("NASPSO") breached their fiduciary duties under ERISA with respect to the NASPSO Pension Plan.

2) Following a hearing on August 4, 2006, the Court granted the Secretary's application for a temporary restraining order.

3) The Court held a status conference on September 8, 2006, and a second status conference on November 16, 2006. At the November 16th conference, the Secretary informed

the Court of the possibility that she may file an Amended Complaint. In light of the possibility that the Secretary would amend her Complaint, and by Order dated November 16, 2006, the Court stayed Defendants' obligations to file an Answer to the Complaint until further order of the Court.

4) On January 9, 2007, Plaintiff filed an Amended Complaint. The Amended Complaint added an additional defendant, Russell A. Stephens, and an additional Rule 19 defendant, Security Assurance Management, Inc.

5) The Amended Complaint was served on all of the original Defendants on January 10, 2007. Defendant Stephens was served the Summons and Amended Complaint on February 8, 2007. Defendant Security Assurance Management, Inc. was served the Summons and Amended Complaint on February 9, 2007.

6) In the absence of the Stay, the newly added Defendants would have twenty days to file an answer to the Amended Complaint.

7) As the Amended Complaint has been filed and copies thereof have been served upon all Defendants, there is no reason for the Stay to remain in effect any longer. Accordingly, the Secretary respectfully moves that the Stay be lifted and that the Court Order the Defendants to file answers on or before March 15, 2007.

WHEREFORE, the Secretary respectfully requests the Motion to Lift Stay and Establish Date by which Defendants' Answers to Amended Complaint are Due be granted.

Respectfully submitted,

Post Office Address:

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Donald K. Neely
Attorney


U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff