AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

**SUMMONS IN A CIVIL CASE**

V.

CALEB A. GRAY-BURRISS,
   et al.

CASE NUMBER: 06-1382 (GK)

TO: (Name and address of Defendant)

Russell A. Stephens
3344 Beechtree Lane
Falls Church, VA 22042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald K. Neely, Esquire
US Department of Labor
Solicitor's Office
The Curtis Center, Suite 630 East
170 S. Independence Mall West
Philadelphia, PA 19106

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**　　　　　　　　　1/18/07

CLERK　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

55239

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2-8-07 |
| NAME OF SERVER (PRINT) David Smith | TITLE P.P.S |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: **Maria Stephens - Wife**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/12/07
            Date

*Signature of Server* David Smith

Tracer, Inc.
1124 Tucker Lane
Ashton, Maryland 20861
301-260-1100

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.