# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, )<br><br>Plaintiff, )<br><br>v. )<br><br>CALEB A. GRAY-BURRISS, et al., )<br><br>Defendants. ) | Civil Action<br><br>No. 06-1382 (GK) |

## PRAECIPE TO SUBSTITUTE ORDER

**To the Clerk:**

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff," "Department"),

through her undersigned counsel, hereby files this praecipe to substitute the attached Order in

lieu of the Order erroneously filed as a motion with the Court on Friday, February 16, 2007.

Respectfully submitted,

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Donald K. Neely
Attorney
Attorneys for Plaintiff