IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br>  Plaintiff, <br><br> v. <br><br> CALEB A. GRAY-BURRISS, et al., <br><br>  Defendants. | Civil Action <br><br> No. 06-1382 (GK) |

### ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of the Secretary of Labor's Motion to Lift Stay and Establish Date by Which Defendants' Answers to Amended Complaint Are Due, and any responses thereto, it is hereby ORDERED that Defendants shall file answers to the Secretary's Amended Complaint on or before March 15, 2007.


Date:_____

_____
Gladys Kessler
United States District Court Judge