AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ELAINE L. CHAO, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

**SUMMONS IN A CIVIL CASE**

V.

CALEB A. GRAY-BURRISS,
  et al.

CASE NUMBER: 06-1382 (GK)

TO: (Name and address of Defendant)

Security Assurance Management, Inc.
910-17th Street, NW #220
Washington, DC 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

```
Donald K. Neely, Esquire
US Department of Labor
Solicitor's Office
The Curtis Center, Suite 630 East
170 S. Independence Mall West
Philadelphia, PA  19106
```

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE  1/18/07

SS24 C

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/9/07 @ 2:20 PM |
| NAME OF SERVER (PRINT) Maurice Liggins | TITLE Private Process Server |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Russell Stephens - authorized to accept legal process for Security Assurance Management Inc

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-12-07
                  Date

Signature of Server   Maurice Liggins

Address of Server
Tracer, Inc.
1124 Tucker Lane
Ashton, Maryland 20861
301-260-1100

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.