# AFFIDAVIT

I, **Robert J. Hickey**, being duly sworn, swear under penalties of perjury, that the factual information contained in his Motion is true to the best of his knowledge, information and belief.

_____
Robert J. Hickey

Sworn to this 27th day of Febru, 2007

2/27/07
Date

_____
Notary

CHARLES H. LIMERICK, JR.
NOTARY PUBLIC STATE OF MARYLAND
MONTGOMERY COUNTY
My Commission Expires May 1, 2007

8