IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ELAINE L. CHAO, SECRETARY OF LABOR )
UNITED STATES DEPARTMENT OF LABOR )
)
          **Plaintiff**      )
)
V.                                      )    Case No. 06-1382 (GK)
)
CALEB A. GRAY-BURRISS, et. al.    )
)
          **Defendants**    )

## ORDER

Upon consideration of Defendants Security Assurance Management, Inc. and Russell A. Stephens's Motion to Sever, and any opposition thereto,

IT IS ORDERED:

1. That the claims by Plaintiff as they relate to NASPSO-sponsored Pension Plan and to NASPSO-sponsored Health Plan involving Defendants Sectek, Inc and American Security Programs, Inc. are misjoined with any claims Plaintiff might have against Defendants Security Assurance Management, inc. and Russell A. Stephens and their NASPSO-sponsored Health Plan.

2. That severance of Plaintiff's claim against Defendants Security Assurance Management, inc. and Russell A. Stephens from other claims raised by Plaintiff in it Amended Complaint is appropriate and is hereby **GRANTED.**

3. Plaintiff will file a new Complaint, if it chooses, against Defendants Security Assurance Management, Inc. and Russell A. Stephens within 30 days from the date of this Order.

Date_____                                      Signed_____

                                                             United States District Judge

CC: List of Persons/Organizations to get Order

Donald K. Neely, Esq.
U.S. Department of Labor
Solicitor's Office
The Curtis Center, Suite 630 East
Philadelphia, PA 19106

Caleb A. Gray-Burriss
3838 Carpenter Street SE
Washington, DC 20020

National Association of Special Police and Security Officers
1101 30th Street NW
Washington DC 20020

National Association of Special Police and Security Officers
Pension Fund
1101 30th Street NW
Washington DC 20020

National Association of Special Police and Security Officers
Health Plan and Trust
1101 30th Street NW
Washington DC 20020

The Harbor Bank of Maryland
6820 Riverdale Road
Riverdale, MD 20737

Deco Security Services
14275 Golf Course Drive, Suite 250
Baxter, MN 56425

Sectek, Inc.
11413 Isaac Newtown Square
Reston, VA 20190

American Security Programs, Inc.
22900 Shaw Road, No. 101-1
Dulles, VA 20166