IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, | : |
| : | |
| Plaintiff, | Civil Action No. 06-1382 (GK) |
| | : |
| v. | : |
| CALEB A. GRAY-BURRISS, et.al. | : |
| Defendants. | : |

MOTION TO WITHDRAW AS COUNSEL

I, Herman R. Brown, Jr. pursuant to LCvR 83.6(c), move this Court to withdraw my appearance as counsel for Defendant Caleb A. Gray-Burriss, for the following reasons:

1. On or about February 18, 2006, the Defendant terminated the services of Counsel, by stating that he no longer wished to be represented by counsel.

2. Following this conversation counsel via e-mail informed the client, that since his representation was being terminated, the Defendant would need to immediately secure counsel to represent him.

3. Since that conversation, Counsel has not spoken with the Defendant, but has returned all files to the Defendant.

Respectfully submitted,

By:  /s/ Herman R. Brown, Jr.
Herman R. Brown, Jr.
6423 Spring Forest Road
Frederick, MD  21701
301-682-7423
hbrown@dcna.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have served a copy of this Motion to Withdraw via first class mail to the Defendant's last known address at 3838 Carpenter Street, SE, Washington, D.C. 20020, this 28th day of February 2007. I have also served upon the Defendant a Notice advising the Defendant to obtain other counsel, or to represent himself pro se or if the Defendant objects to this Motion to so notify the Clerk in writing within five days of service of this Motion.

/s/ Herman R. Brown, Jr.
Herman R. Brown, Jr., Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ELAINE L. CHAO,                              :
                                             :
                                             :  Civil Action No. 06-1382 (GK)
              Plaintiff,                     :
                                             :
       v.                                    :
                                             :
CALEB A. GRAY-BURRISS, et.al.                :
                                             :
              Defendants.                    :
_____

NOTICE

To the Defendant, Caleb A Gray-Burris. Please be advised that, since you have decided to terminate my services, you should immediately secure counsel to represent you in this matter. Further if you object to the enclosed Motion to Withdraw, you should notify the Clerk in writing within five days of your receipt of this notice and Motion.

/s/ Herman R. Brown, Jr.
Herman R. Brown, Jr., Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ELAINE L. CHAO,                                            :
:
:                                                                      Civil Action No. 06-1382 (GK)
          Plaintiff,                                        :

   v.                                                             :

CALEB A. GRAY-BURRISS, et.al.               :


          Defendants.                                  :
_____

ORDER

Upon Consider of Counsel's Motion to Withdraw as Counsel, it is this___day of _____,

**ORDERED,** that the Motion is hereby **GRANTED.**

_____
JUDGE GLADYS KESSLER


COPIES TO:

    Herman R. Brown, Jr.
    6423 Spring Forest Road
    Frederick, MD  21701

    Caleb A. Gray-Burriss
    3838 Carpenter Street, SE
    Washington, D.C. 20020