IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) ) Plaintiff, ) ) ) v. ) Civil Action ) CALEB A. GRAY-BURRISS, ) No. 06-1382 (GK) et al., ) ) ) Defendants. ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO HERMAN R. BROWN, JR.'s MOTION TO WITHDRAW AS COUNSEL FOR CALEB A. GRAY-BURRISS**

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff," "Department"), through her undersigned counsel, hereby opposes the Motion of Herman R. Brown, Jr. to Withdraw as Counsel for Caleb A. Gray-Burriss. In support thereof, Plaintiff respectfully avers as follows:

1) As the Department set forth in its *Praecipe* dated January 10, 2007, the Department has been engaged in ongoing negotiations with Mr. Brown in an effort to amicably resolve the above-referenced matter through consent judgment. Since the Department filed its Amended Complaint on January 9, 2007, Mr. Brown has continued to represent his client and has cooperated in the Department's efforts to try to resolve this matter.

2) There has been no averment that Mr. Brown personally wishes to be relieved from serving as counsel to Mr. Burriss. Rather, it appears that Mr. Burriss seeks to

represent himself, and for this reason, has sought to discontinue the services of Mr. Brown. Mr. Burriss does not appear to have obtained other counsel.

3) Mr. Brown's continued legal counsel is particularly warranted at the present juncture since the parties are in late-stage negotiations and defendant Burriss' Answer to the Amended Complaint is coming due.

Wherefore, for all the foregoing reasons, the Secretary respectfully requests that the Motion of Herman R. Brown, Jr. to Withdraw as Counsel for Caleb A. Gray-Burriss be DENIED.

Respectfully submitted,

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Donald K. Neely
Attorney

Attorneys for Plaintiff