IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS,<br>  et al.,<br><br>Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of the Motion of Herman R. Brown, Jr. to Withdraw as Counsel for Caleb A. Gray-Burriss, and Plaintiff's response thereto, it is hereby ORDERED that Counsel's Motion is hereby DENIED.

_____
Gladys Kessler
United States District Judge