IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>          Plaintiff,<br><br>          v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>          Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of the Motion of Defendants Russell A. Stphens and Security Assurance Management, Inc. to Sever Certain Claims of Plaintiff, and Plaintiff's response thereto, it is hereby ORDERED that Defendants' Motion to Sever is hereby DENIED.

_____
Gladys Kessler
United States District Judge