UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                                      )
                                                      )
                                                      )
ELAINE L. CHAO, SECRETARY OF LABOR                    )
U.S. DEPARTMENT OF LABOR                              ) Civil
                                                      ) Action
            v.                                        ) #06-
                                                      ) 1382
                                                      ) (Kessler)
CALEB A. GRAY-BURRIS; NATIONAL ASSOCIATION            )
    OF SPECIAL POLICE AND SECURITY OFFICERS, et al.   )
                                                      )
---------------------------------------------------------
```

**DEFENDANT NASPSO'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant NASPSO hereby moves the court for an enlargement of time of two weeks, until March 29, 2007, for its answer to the amended complaint in this matter.

Specifically, NASPSO and the Department of Labor have reached agreement in principle on the general terms of a proposed consent judgment. The Department advises that a draft of such document will be available to NASPSO within approximately one week. The Department has also advised that it consents to the instant motion.

Inasmuch as an agreed resolution of this matter as it pertains to NASPSO appears imminent, and may thus obviate the need for an answer to the amended complaint from NASPSO, the instant motion for enlargement of time is respectfully submitted.

```
                                        ---------------------------
March 13, 2007                          David R. Levinson
                                        D.C. Bar #425176
```

1

>Levinson Law Office
>1320 19th Street, N.W.
>Suite 601
>Washington, D.C.  20036
>(202) 223-3434
>
>Attorney for National Association
>of Special Police and Security
>Officers

**Certificate of Service**

I hereby certify that I today, March 13, 2007 served a true copy of the foregoing by United States mail, first class pre-paid, and by fax transmission upon:

Mr. Donald K. Neely, Esq.
U.S. Department of Labor
Office of the Solicitor
The Curtis Center, Suite 630E
170 S. Independence Mall West
Philadelphia, PA   19106

FAX # 215 861-5162

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR<br>U.S. DEPARTMENT OF LABOR<br><br>v.<br><br>CALEB A. GRAY-BURRIS; NATIONAL ASSOCIATION<br>  OF SPECIAL POLICE AND SECURITY OFFICERS, et al. | Civil Action<br>#06-1382<br>(Kessler) |

**ORDER**

Upon consideration of Defendant NASPSO's motion for enlargement of time, such motion is GRANTED, and, NASPSO's answer to the amended complaint in this matter is due on or before March 29, 2007.

_____
United States District Judge