IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, | : |
| : | |
| Plaintiff, | Civil Action No. 06-1382 (GK) |
| | : |
| v. | : |
| CALEB A. GRAY-BURRISS, et.al. | : |
| Defendants. | : |

MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE ANSWER TO COMPLAINT/AMENDED COMPLAINT

COMES NOW, Caleb A. Gray-Burriss through Counsel, Herman R. Brown, Jr. and moves this court for an enlargement of time of two weeks, until March 29, 2007, to file an Answer to the Complaint/Amended Complaint in this matter.

The Defendant requests an enlargement of time for the following reasons:

1. The Defendant and the Department of Labor are very close to reaching a settlement in this case;

2. The Defendant has informed counsel on this date, March 13, 2007, that the Defendant has retained other Counsel to handle this matter;

3. The filing of an Answer at this time could prove to be counter-productive to reaching a settlement in this case;

4. There appears to be an issue as to whether Counsel will continue to be paid as agreed upon.

WHEREFORE, the Defendant, moves this court for an enlargement of time in which to file his Answer to the Complaint/Amended Complaint.

                Respectfully submitted,

By:   /s/ Herman R. Brown, Jr.
        Herman R. Brown, Jr.
        6423 Spring Forest Road
        Frederick, MD  21701
        301-682-7423
        hbrown@dcna.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that today, March 13, 2007 I served a copy of this "Motion for Enlargement of Time in Which to File Answer to Complaint/Amended Complaint," via first class mail to the Defendant's last known address at 3838 Carpenter Street, SE, Washington, D.C. 20020.  I also served a copy of this Motion via first class mail and via facsimile (215-861-5162) to Donald K. Neely, Esq., U.S. Department of Labor, Office of the Solicitor, The Curtis Center, Suite 630E, 170 S. Independence Mall West,  Philadelphia, PA  19106.

                /s/ Herman R. Brown, Jr.___
                Herman R. Brown, Jr., Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ELAINE L. CHAO,                                         :
                                                                    :
                                                                         Civil Action No. 06-1382 (GK)
                      Plaintiff,                              :

         v.                                                         :

CALEB A. GRAY-BURRISS, et.al.              :

                      Defendants.                         :
_____

## ORDER

Upon Consideration of Counsel's Motion for Enlargement of Time in Which to File Answer to Complaint/Amended Complaint, the motion is GRANTED and the Defendant Caleb A. Gray-Burriss' Answer to Complaint/Amended Complaint is due on or before March 29, 2007.

_____
United States District Judge

**ORDERED,** that the Motion is hereby **GRANTED.**