IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>      Plaintiff,<br><br>      v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>      Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## PRAECIPE

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff," "Department") through her undersigned counsel, hereby files this praecipe to inform the Court of the status of the above-captioned matter in anticipation of the scheduling conference scheduled for March 20, 2007.

Plaintiff respectfully avers as follows:

1) The parties have continued to engage in discussions to determine whether this matter can be resolved by entering into consent judgments. Plaintiff has negotiated with NASPSO, Burriss, and Stephens, and remains optimistic that these matters can be amicably resolved. Defendants' answers are due by March 29, 2007.

2) While negotiations are ongoing, Plaintiff has sought to confer with defendants and has transmitted proposals to defendants regarding scheduling matters as provided by Local Rule 16.3(c). Plaintiff has proposed the following discovery schedule for defendants to consider:

| | |
|---|---|
| Date for close of discovery: | September 20, 2007 |
| Date for close of time for amending pleadings or adding parties: | October 15, 2007 |
| Date for filing of dispositive motions: | November 1, 2007 |
| Date for filing of replies and opposition to dispositive motions: | November 22, 2007 |
| Proposed date for decisions on dispositive motions: | December 3, 2007 |
| Date for Pre-Trial Conference with trial date to be set 30 to 60 days thereafter: | December 20, 2007 |

3) While none of the defendants have yet consented to these dates or offered alternative dates, Plaintiff respectfully notes that there are two motions pending before the Court which may affect the defendants' positions with regard to scheduling matters: the motion to withdraw filed by Burriss' counsel, Herman R. Brown, Esq., and the motion to sever filed by Stephens' counsel, Robert J. Hickey, Esq.

4) The Department will continue to work with defendants NASPSO, Burriss, and Stephens in an effort to amicably resolve the matters alleged in the Amended Complaint.

Respectfully submitted,

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Office of the Solicitor
U.S. Department of Labor
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Donald K. Neely
Attorney
Attorneys for Plaintiff