UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ELAINE CHAO,                   )
     Secretary of Labor,       )
                               )
          Plaintiff,           )
     v.                        )    Civil Action No.
                               )    06-1382 (GK)
CALEB A. GRAY-BURRISS,         )
     et al.,                   )
                               )
          Defendants.          )
_____)
```

**O R D E R**

On March 19, 2007, the Court denied the Motion to Withdraw as Attorney [Dkt. No. 31] filed by Herman R. Brown, counsel for Caleb A. Gray-Burriss.  At the Initial Scheduling Conference held on March 20, 2007, Howard Shmuckler appeared as counsel for Mr. Gray-Burriss.  In light of the fact that Mr. Gray-Burriss has retained new counsel, Mr. Brown's Motion to Withdraw may now be **granted**.  Accordingly, it is hereby

**ORDERED** that, the Court's Minute Order of March 19, 2007 is **vacated**; and it is further

**ORDERED** that the Motion to Withdraw as Attorney [Dkt. No. 31] is **granted**.

March 21, 2007

/s/
Gladys Kessler
U.S. District Judge

**Copies to**: **attorneys on record via ECF**