AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Elaine L. Chao )
      Plaintiff(s) )  **APPEARANCE**
)
)
      vs. )  CASE NUMBER   06-1382 (GK)
Caleb A. Gray-Buriss, et. al.; )
)
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Howard R. Shmuckler   as counsel in this
(Attorney's Name)

case for:  Caleb A. Grey-Buriss, Defendant
(Name of party or parties)

___4/__/2007___
Date

___395462___
BAR IDENTIFICATION

_____(signature)_____
Signature

Howard R. Shmuckler
Print Name

1700 Pennsylvania Ave, NW Suite 400
Address

Washinton, DC 20006
City    State    Zip Code

(202) 349-4034
Phone Number

RECEIVED
MAR 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT