## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2007, the Secretary's Motion to Approve and Enter Consent Judgment of Caleb A. Gray-Burris and proposed Consent Judgment were filed via the ECF system and first class mail, postage pre-paid, on the following:

David R. Levinson, Esq.
Levinson Law Office
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036

Howard R. Shmuckler, Esq.
The Mills Building
1700 Pennsylvania Avenue, NW
Suite 400
Washington, DC  20006

Mark R. Gleeman, Esq.
Winthrop & Weinstine
Counsel for Deco Security Services
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402-4629

Robert J. Hickey, Esquire
Law Office of Robert Hickey
1050 17th Street NW
Suite 700
Washington, DC  20036

Ann Trinca, Esq.
General Counsel for SecTek, Inc.
11413 Isaac Newtown Square, South
Reston, VA 20190

Jennifer Reichelt
Director of Human Resources
American Security Programs, Inc.
22900 Shaw Road, No. 101-1
Dulles, VA 20166

Ted Hernandez
Senior Vice President
Harbor Bank of Maryland
6820 Riverdale Road
Riverdale, MD 20737

Donald K. Neely
Attorney