UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ELAINE CHAO,                   )
    Secretary of Labor,        )
                               )
        Plaintiff,             )
    v.                         )   Civil Action No.
                               )   06-1382 (GK)
CALEB A. GRAY-BURRISS,         )
    et al.,                    )
                               )
        Defendants.            )
_____)
```

### O R D E R

This Court has granted Plaintiff's motions to approve the consent judgments of Caleb Gray-Burriss and the National Association of Special Police and Security Officers. In light of these consent judgments, it is hereby

**ORDERED** that **no later than May 1, 2007,** the remaining parties shall file a praecipe informing the Court of the status of the case and whether the case should be closed at this time.

April 19, 2007
/s/
Gladys Kessler
U.S. District Judge

**Copies to**: **attorneys on record via ECF**