IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR ) <br> UNITED STATES DEPARTMENT OF LABOR ) <br> ) <br> **Plaintiff** ) <br> ) <br> V. ) <br> ) <br> **CALEB A. GRAY-BURRISS, et. al.** ) <br> ) <br> **Defendants** ) | Case No. 06-1382 (GK) |

## STATUS REPORT

Pursuant to this Court's Order of April 19, 2007, Defendants Security Assurance Management Inc. (hereafter SAM) and Russell A. Stephens (hereafter Stephens) hereby inform the Court of the status of the case as it involves them.

1. Defendants SAM and Stephens were served with the Amended Complaint respectively on February 11 and 9, 2007. The Amended Complaint, as it related to these Defendants concerned certain improper actions taken by Defendants NASPSO and Burriss in regard to their NASPSO-sponsored Health Plan in which Defendant Stephens served as a Trustee

2. Defendants SAM and Stephens filed their Answer on February 27, 2007. None of the other Defendants have filed an Answer on the Health Plan violations even though the Court set a deadline on March 29, 2007 for filing and none have asked for or were granted an extension.

3. Defendants SAM and Stephens filed a Motion to Sever on February 27, 2007 to which Plaintiff filed an Opposition on March 9, 2007 and Defendants a Reply on March 15, 2007. This Motion is still pending before the Court.

4. Plaintiff has calculated the loss to the Health Plan at $13, 191.61 caused by Defendants

NASPSO and Burriss. On April 3, 2007, and April 17, 2007 Plaintiff entered into separate Consent Judgments, approved by the Court, in which Defendants NASPSO and Burriss each agreed to reimburse the Health Plan for the total loss of $13, 191.61.

5. Under Article II, Section 2(a) of the NASPSO-sponsored Health Plan Agreement and Declaration of Trust, Defendant Caleb Gray-Burriss was designated the Union Trustee and Defendant Russell Stephens was designated the Employer Trustee. As part of the Consent Judgments entered into by Defendants NASPSO and Burriss, Defendant Burriss agreed to be permanently enjoined from serving as Trustee of the NASPSO-sponsored Health Plan. As of the date of this Status Report, Defendant Burriss has not formally resigned as Trustee and has not been formally replaced by Defendant NASPSO.

6. For several months prior to the filing of the Amended Complaint, Defendant Stephens had informed the Plaintiff DOL that he wanted to resign as a Trustee to the Health Plan because he was a small minority contractor and did not have the expertise to act as Trustee but he heard nothing from Plaintiff DOL. However, as a result of the Amended Complaint, Defendants SAM and Stephens learned that the Health Plan was not formulated and operated in a manner consistent with what they had been told. Despite repeated requests to Defendant Burriss and later to defendant NASPSO, they were not furnished information and documents relating to the establishment and operation of the Health Plan by NASPSO and Burriss.

7. As a result, Defendant Stephens, on April 20, 2007, tendered his resignation as Trustee effective in 30 days. He also informed Plaintiff DOL on April 25, 2007 that he was willing to work with Plaintiff DOL in taking all necessary and reasonable steps to protect the Health Plan's assets and records.

8. Also, on April 20, 2007, Defendant SAM requested the other Trustee, Burriss, terminate the Plan and return the money to the contributing employees. Defendants also informed Plaintiff and Defendants Sectek and American Security Programs of this.

9. Given that Defendants NASPSO and Burriss have entered into Consent Judgments requiring them to reimburse all the losses caused by them and enjoining Defendant Burriss from acting as a fiduciary and that Defendant Stephens has voluntarily tendered his resignation as a Trustee and had requested termination of the Health Plan with all monies being returned to the contributing employees, this case at it relates to the NASPSO-sponsored Health Plan is effectively ended and should be closed by the Court pursuant to its Order.

Respectfully submitted,

/s/

Robert J. Hickey
Law Office of Robert Hickey
1050 17th Street NW, Suite 700
Washington, DC 20036
Telephone: (202) 659-0536
Fax: (202) 659-0537
Bar No. 42341
Attorney for Defendants
Russell A. Stephens and
Security Assurance Management, Inc.

3

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Status Report of Defendant Russell Stephens and Security Assurance Management Inc. was served on the following persons on April 26, 2007 via the ECF system and first class mail postage pre-paid.

Donald K. Neely, Esq.
For Plaintiff
U.S. Department of Labor
Solicitor's Office
The Curtis Center, Suite 630 East
Philadelphia, PA 19106

Ann Trinca, Esq.
General Counsel
Sectek, Inc.
11413 Isaac Newtown Square
Reston, VA 20190

Jennifer Reichelt
Director of Human Resources
American Security Programs, Inc.
22900 Shaw Road, No. 101-1
Dulles, VA 20166

Howard R. Shmuckler
Law Office of Howard R. Smuckler
1700 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20005
Attorney for Caleb A. Gray-Burriss

Donald R. Levinson
Levinson Law Office
1320 19th Street NW, Suite 601
Washington, DC 20037
Attorney for NASPSO

Ted Hernandez
Senior Vice President
Harbor Bank of Maryland
6820 Riverdale Road
Riverdale, MD 20737

                                                          /s/_____
                                                          Robert J. Hickey