IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> CALEB A. GRAY-BURRISS, et al., <br><br> Defendants. | Civil Action <br><br> No. 06-1382 (GK) |

## PRAECIPE

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff," "Department") through her undersigned counsel, hereby files this praecipe to inform the Court of the status of the above-captioned matter pursuant to the Court Order of April 19, 2007.

Plaintiff respectfully avers as follows:

1) Since the parties' status/scheduling conference on March 20, 2007, the Department has reached a settlement of its civil, ERISA actions against the National Association of Special Police and Security Officers ("NASPSO") and Caleb A. Gray-Burriss ("Burriss"). The NASPSO and Burriss consent judgments were entered on April 10, 2007 and April 20, 2007, respectively.

2) While the Department has made strides towards resolving the case in its entirety, the Department has not reached a resolution with all of the defendants. Accordingly, the above-captioned case should not be closed at the present time.

3) More specifically, the Department is still seeking to enter into a consent judgment with defendant Russell A. Stephens ("Stephens") to resolve the breaches of fiduciary duty that the Department has alleged that Stephens committed as the Employer Trustee of the NASPSO Health Plan. As the Amended Complaint reflects, the Department seeks to have Stephens restore assets to the Health Plan and be permanently barred from acting as an ERISA fiduciary.

4) The Department will continue to negotiate with Stephens for the purpose of reaching an amicable resolution of this matter. However, as the Department cannot predict whether it will be able to amicably resolve this matter with Stephens, the Department respectfully requests that the case remain open, and on its present "standard track" schedule.

5) The Department expects that it will be able to resolve the litigation with the remaining listed defendants if the Department enters into a consent judgment with Stephens. The Department has not alleged that any of the other remaining defendants have violated ERISA. They have been named as defendants pursuant to Rule 19 of the Federal Rules of Civil Procedure.

For all of the foregoing reasons, the above-captioned matter should remain open until

Plaintiff provides further notice that all of the the claims in the Amended Complaint have been resolved.

                                              Respectfully submitted,

                                              Jonathan L. Snare
                                              Acting Solicitor of Labor

                                              Catherine Oliver Murphy
                                              Regional Solicitor

                                              Office of the Solicitor
                                              U.S. Department of Labor
                                              170 S. Independence Mall West
                                              Philadelphia, PA 19106-3306
                                              (215) 861-5139

                                              _____
                                              Donald K. Neely
                                              Attorney

                                              Attorneys for Plaintiff