```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

|                              |   |                       |
|------------------------------|---|-----------------------|
| ELAINE CHAO,                 | ) |                       |
|     Secretary of Labor,      | ) |                       |
|                              | ) |                       |
|         Plaintiff,           | ) |                       |
|     v.                       | ) | Civil Action No.      |
|                              | ) | 06-1382 (GK)          |
| CALEB A. GRAY-BURRISS,       | ) |                       |
|     et al.,                  | ) |                       |
|                              | ) |                       |
|         Defendants.          | ) |                       |

### O R D E R

The Court has received Plaintiff's praecipe of April 30, 2007. Upon consideration of the praecipe, and the entire record herein, it is hereby

**ORDERED** that **no later than June 1, 2007,** Plaintiff shall file a further praecipe informing the Court of the status of the case.

May 2, 2007

/s/
Gladys Kessler
U.S. District Judge

**Copies to: attorneys on record via ECF**