IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALEB A. GRAY-BURRISS,<br>　et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)<br>)  No. 06-1382 (GK)<br>)<br>)<br>)<br>) |

**PRAECIPE**

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff," "Department") through her undersigned counsel, hereby files this praecipe to inform the Court of the status of the above-captioned matter pursuant to the Court Order of May 2, 2007.

Plaintiff respectfully avers as follows:

1) Since the parties' status/scheduling conference on March 20, 2007, the Department has reached a settlement of its civil, ERISA actions against the National Association of Special Police and Security Officers ("NASPSO") and Caleb A. Gray-Burriss ("Burriss"). The NASPSO and Burriss consent judgments were entered on April 10, 2007 and April 20, 2007, respectively.

2) The Department continues to negotiate with counsel for defendant Russell A. Stephens ("Stephens"). The Department seeks to enter into a consent judgment with Stephens in order to amicably resolve this matter without further litigation.

3) The Department expects that it will be able to resolve the litigation with the remaining listed defendants if the Department enters into a consent judgment with Stephens. The Department has not alleged that any of the other remaining defendants have violated ERISA. They have been named as defendants pursuant to Rule 19 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Office of the Solicitor
U.S. Department of Labor
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Donald K. Neely
Attorney

Attorneys for Plaintiff