IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## CONSENT MOTION EXTENDING PERIOD TO PROPOUND WRITTEN DISCOVERY AND FOR MAKING RULE 26(a) DISCLOSURES

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff," "Department") through her undersigned counsel, and Defendant Russell A. Stephens ("Stephens"), through his undersigned counsel (collectively, "the parties"), hereby jointly file this Consent Motion to extend the period for propounding written discovery and for making disclosures pursuant to Rule 26(a). As reasons for this Motion, the parties respectfully aver as follows:

1) Pursuant to the Court's scheduling Order dated March 20, 2007, the parties written discovery requests and Rule 26(a) disclosures are due on or before June 1, 2007.

2) Counsel for the Secretary and counsel for Stephens are continuing to engage in settlement discussions in an effort to amicably resolve this matter through consent judgment. To date, neither party has propounded written discovery. The parties wish to extend the deadline for propounding written discovery by twenty-one days, until June 22, 2007, in order to allow the parties additional time to focus their efforts

on finalizing the terms of a consent judgment rather than proceeding with discovery. An extension will allow the parties additional time to focus on resolving this case.

3) The granting of this extension should not affect the parties' ability to comply with any other deadlines and requirements set forth in the scheduling order.

Wherefore, for all the foregoing reasons, the parties respectfully request that their Consent Motion to Extend Period for Propounding Written Discovery and for Making Rule 26(a) Disclosures be GRANTED.

Respectfully submitted,

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Office of the Solicitor
U.S. Department of Labor
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

_____
Robert J. Hickey
Law Offices of Robert Hickey
1050 17th Street NW
Suite 700
Washington, D.C. 20036
(202) 659-0537

Attorney for Russell A. Stephens

_____
Donald K. Neely
Attorney

Attorneys for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>    Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of the parties' Consent Motion to Extend Period to Propound Written Discovery and for Making Rule 26(a) Disclosures, it is hereby ORDERED that the parties' Motion is hereby GRANTED, and that the period for propounding written discovery and for making Rule 26(a) disclosures shall be extended to June 22, 2007.

_____
Gladys Kessler
United States District Judge