IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## MOTION TO APPROVE AND ENTER CONSENT JUDGMENT OF RUSSELL A. STEPHENS AND SECURITY ASSURANCE MANAGEMENT, INC.

Plaintiff, Secretary of Labor, United States Department of Labor, hereby moves this Honorable Court to Approve and Enter the Consent Judgment of Russell A. Stephens ("Stephens") and Security Assurance Management, Inc. ("Security Assurance") as agreed to between the Secretary and these defendants. In support thereof, the Secretary represents that she has reached an agreement with Stephens and Security Assurance for the purpose of settling the above-referenced matter with them. The terms of this agreement are set forth in the attached Consent Judgment.

WHEREFORE, for the reasons set forth above, the Secretary respectfully requests that the Motion to Approve and Enter Consent Judgment be granted.

Respectfully submitted,

Address:

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
The Curtis Center, Suite 630E
170 S. Independence Mall West
Philadelphia, PA 19106
(215) 861-5139-phone
(215) 861-5162-facsimile

Catherine Oliver Murphy
Regional Solicitor

Donald K. Neely
Attorney

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff