IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## PLAINTIFF'S MOTION TO UNFREEZE AND RENAME/RETITLE THREE MISTITLED CERTIFICATES OF DEPOSIT

Plaintiff, Secretary of Labor, United States Department of Labor, through her undersigned counsel, makes this Motion to Unfreeze and Rename/Retitle Three Mistitled Certificates of Deposit. In support thereof, the Secretary states as follows:

1) The Department has reached a settlement of its civil, ERISA actions against the National Association of Special Police and Security Officers ("NASPSO") and Caleb A. Gray-Burriss ("Burriss"). The NASPSO and Burriss consent judgments were entered on April 10, 2007 and April 20, 2007, respectively. As part of the consent judgments, both defendants agreed that they would not object to the renaming and/or retitling of three mistitled certificates of deposit with the Harbor Bank of Maryland (Acct. Nos. 15035, 15054, and 15061), currently in the name of the Health Plan and Trust and/or NASPSO, to the Pension Plan, upon further Order of the Court. NASPSO and Burriss agreed to cooperate in the renaming/retitling process.

2) The Department resolved its ERISA action against Defendant Russell A. Stephens by a consent judgment which was entered by the Court on June 29, 2007. As part of the consent judgment, Stephens agreed that he would not object to the unfreezing of these three certificates of deposit with the Harbor Bank of Maryland.

3) The renaming/retitling of the three certificates of deposit is necessary to ensure that all of the assets of the Pension Plan are properly identified as such.

WHEREFORE, the Secretary respectfully requests her Motion to Unfreeze and Rename/Retitle Three Mistitled Certificates of Deposit be granted.

Respectfully submitted,

Post Office Address:

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Catherine Oliver Murphy
Regional Solicitor

Donald K. Neely
Attorney

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff

2