IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>        v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>)<br>) No. 06-1382 (GK)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this ____ day of _____, 2007, upon consideration of the Secretary of Labor's Motion to Unfreeze and Rename/Retitle Three Mistitled Certificates of Deposit, and any responses thereto, the Secretary's Motion is hereby GRANTED. Account Nos. 15035, 15054, and 15061 are hereby unfrozen, and defendants NASPSO, Burriss, and the Harbor Bank of Maryland shall ensure that Account Nos. 15035, 15054, and 15061 are appropriately titled in the name of the NASPSO Pension Plan.

Date:_____

                                                                   _____
                                                                   Gladys Kessler
                                                                   United States District Court Judge