UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-1382 (GK) |
| CALEB A. GRAY-BURRISS, *et al.*, | : : | |
| Defendants. | : | |

# ORDER

Upon consideration of the Secretary of Labor's Motion to Unfreeze and Rename/Retitle Three Mistitled Certificates of Deposit, and any responses thereto, it is this 25th day of July, 2007, hereby

**ORDERED**, that the Motion is **granted**. Account Nos. 15035, 15054, and 15061 are hereby unfrozen, and Defendants NASPSO, Burriss, and the Harbor Bank of Maryland shall ensure that Account No. 15035, 15054, and 15061 are appropriately titled in the name of the NASPSO Pension Plan.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**