IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) ) Plaintiff, ) ) v. ) ) CALEB A. GRAY-BURRISS, ) et al., ) ) Defendants. ) ) | Civil Action No. 06-1382 (GK) Status Conference- 8/8/07 |

## PLAINTIFF'S MOTION TO CANCEL STATUS CONFERENCE

Plaintiff, Secretary of Labor, United States Department of Labor, through her undersigned counsel, makes this Motion to Cancel Status Conference, which is scheduled for August 8, 2007 at 10:00 am. In support thereof, the Secretary states as follows:

1)  On April 3, 2007 and April 17, 2007, the Court approved consent judgments that the Secretary entered into with defendants' National Association of Special Police and Security Officers ("NASPSO") and Caleb A. Gray-Burriss, respectively, pertaining to breaches of the Employee Retirement Income Security Act of 1974 ("ERISA") committed by defendants in connection with the administration of the NASPSO Pension Plan and NASPSO Health Plan.

2)  On June 29, 2007, the Court entered the consent judgment of a third principal defendant, Russell A. Stephens, the former Employer Trustee of the NASPSO Health Plan.

3)  The three consent judgments resolved the allegations contained in the Secretary's Amended Complaint. Consequently, the Secretary sees no need for the parties to convene on

August 8, 2007 to discuss trial scheduling matters as identified in the Court's scheduling order of March 26, 2007.

4) While the entry of the consent judgments effectively resolved most of the matters before the Court, some lingering issues remained-- specifically, the need to unfreeze union and plan accounts at the Harbor Bank of Maryland that the Court previously froze in connection with the instant litigation.

5) Most recently, on July 25, 2007, the Court granted the Secretary's Motion to unfreeze and rename three certificates of deposit. With the Court's recent Order unfreezing the three CDs, only one account, the NASPSO Health Plan account (acct. no. 1100058682), remains frozen. The Secretary intends to file a Motion unfreezing the Health Plan account after the lone participating employer in the Health Plan, SecTek, Inc. ("SecTek"), appoints an Employer Trustee, or, in the alternative, after the Court appoints an independent fiduciary to administer, and possibly terminate, the Health Plan.

6) The Secretary has informed NASPSO and SecTek of the forthcoming Motion. Following the disposition of the Secretary's Motion(s) on this matter, the Secretary expects that the case can likely be closed.

WHEREFORE, for all of the foregoing reasons, the Secretary respectfully requests that her Motion to Cancel Status Conference be granted.

                                                          Respectfully submitted,

Post Office Address:                            Jonathan L. Snare
                                                          Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor                         Catherine Oliver Murphy
U.S. Department of Labor                    Regional Solicitor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306                Donald K. Neely
(215) 861-5139                                        Attorney

                                                           U.S. DEPARTMENT OF LABOR

                                                           Attorneys for Plaintiff