IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, )<br><br>Plaintiff, )<br><br>v. )<br><br>CALEB A. GRAY-BURRISS, et al., )<br><br>Defendants. ) | Civil Action<br><br>No. 06-1382 (GK) |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of the

Secretary of Labor's Motion to Cancel Status Conference, the Secretary's Motion is hereby

GRANTED.  The status conference scheduled for August 8, 2007 at 10:00 am is hereby

CANCELLED.

Date:_____                          _____
                                          Gladys Kessler
                                          United States District Court Judge