IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action |
| CALEB A. GRAY-BURRISS, et al., | ) ) ) | No. 06-1382 (GK) |
| Defendants. | ) ) ) | |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of the

Secretary of Labor's Motion to Appoint Independent Fiduciary to Administer the NASPSO

Health Plan, and any responses thereto, it is hereby ORDERED that the Secretary's Motion is

granted and that:

The Secretary, and all other parties, shall be given twenty-one days from the date of this

Order to submit recommendations to the Court for the appointment of an Independent Fiduciary

so that the Court may appoint an Independent Fiduciary to administer the Health Plan until such

time as the Independent Fiduciary considers it appropriate to terminate the Health Plan.

The Independent Fiduciary of the Health Plan shall have plenary authority and control

with respect to the management and administration of the Health Plan, including authority to

marshall assets on behalf of the Health Plan, pursue claims on the Plan's behalf, and take all

appropriate actions for the rehabilitation or liquidation of the Health Plan and the distribution of

Health Plan assets.

The Independent Fiduciary shall be paid from assets of the Health Plan at the Harbor Bank of Maryland.

Date:_____            _____
                            Gladys Kessler
                            United States District Court Judge