UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR,<br>U.S. DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>v.<br><br>CALEB GRAY-BURRISS, *et al.*,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No. 06-1382 (GK)<br>:<br>:<br>:<br>: |

## ORDER

Upon consideration of the Secretary of Labor's Unopposed Motion to Appoint Independent Fiduciary to Administer the NASPSO Health Plan, it is this 27th day of August, 2007, hereby

**ORDERED**, that the Secretary's Motion is **granted**. The Secretary, and all other parties, shall be given twenty-one (21) days from the date of this Order to submit recommendations to the Court for the appointment of an Independent Fiduciary so that the Court may appoint an Independent Fiduciary to administer the Health Plan until such time as the Independent Fiduciary considers it appropriate to terminate the Health Plan.

The Independent Fiduciary of the Health Plan shall have plenary authority and control with respect to the management and administration of the Health Plan, including authority to marshall assets on behalf of the Health Plan, pursue claims on the Plan's behalf, and take all appropriate actions for the rehabilitation or liquidation of the Health Plan and the distribution of the Health Plan assets.

The Independent Fiduciary shall be paid from assets of the Health Plan at the Harbor Bank of Maryland.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**