IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> CALEB A. GRAY-BURRISS, <br> et al., <br><br> Defendants. | Civil Action <br><br> No. 06-1382 (GK) |

### PLAINTIFF'S RESPONSE TO ORDER OF AUGUST 27, 2007

Plaintiff, Secretary of Labor, United States Department of Labor, through her undersigned counsel, hereby responds to the Court Order of August 27, 2007, and recommends the appointment of Metro Benefits, Inc. as Independent Fiduciary to administer the Health Plan of the National Association of Special Police and Security Officers ("NASPSO Health Plan"). In support thereof, the Secretary states as follows:

1) Pursuant to the Court Order of August 27, 2007, the Court granted Plaintiff's Unopposed Motion to Appoint an Independent Fiduciary to Administer the NASPSO Health Plan. The Court provided that the parties would have twenty-one days, until Monday, September 17, 2007, to submit recommendations to the Court for the appointment of an Independent Fiduciary.

2) The Order provided that the Court would consider the parties' recommendations for independent fiduciaries to administer the Health Plan until such time as the appointed Independent Fiduciary considers it appropriate to terminate the Health Plan. The Order further provided that the Independent Fiduciary of the Health Plan shall have plenary authority and

control with respect to the management and administration of the Health Plan, including the authority to marshall assets on behalf of the Health Plan, pursue claims on the Plan's behalf, and take all appropriate actions for the rehabilitation or liquidation of the Health Plan and the distribution of Health Plan assets.

3) The Department respectfully recommends the appointment of Metro Benefits, Inc. as Independent Fiduciary. Metro Benefits, Inc. is located at 4900 Perry Highway, Suite 100, Pittsburgh, PA 15229. After evaluating Metro Benefits' proposal, the Department determined that Metro Benefits has the experience and qualifications to effectively render the services necessary for the proper administration, and possible termination, of the NASPSO Health Plan, and the management of the assets in accordance with the provisions of the Health Plan. Metro Benefits is familiar with the current litigation, and the defendants responsible for payment to the respective plans, as Metro Benefits was appointed by the Court as Independent Fiduciary of the NASPSO Pension Plan on September 8, 2006.

4) Metro Benefits, Inc. is willing to serve as Independent Fiduciary at the rate of $125.00 per hour. Metro Benefits' proposed Plan Fee and Service Schedule, as well as the qualifications/biography of Metro Benefits' President, David M. Lipkin, F.S.A. are attached hereto as Exhibits 1 and 2, respectively.

5) As Metro Benefits' proposal reflects, Metro Benefits estimates that its fees for services to the Health Plan will amount to approximately $7,875. However, as Metro Benefits cannot ascertain the full extent of its fees at the present time, the Department respectfully requests that Metro Benefits submit invoices for its compensation to the Court for approval, and that Metro Benefits not be paid until such time as the Court approves the invoices. Metro Benefits should also be subject to such other Orders as the Court may direct, including the filing

of monthly reports detailing the work Metro Benefits has performed, until Metro Benefits ceases to serve or the Plan is terminated.

WHEREFORE, the Secretary respectfully recommends the appointment of Metro Benefits, Inc. as Independent Fiduciary to administer the NASPSO Health Plan.

Respectfully submitted,

Post Office Address:

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Donald K. Neely
Attorney

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff

# Metro Benefits, Inc.
4900 Perry Highway
Suite 100
Pittsburgh, PA 15229
Phone (412) 931-4000     Fax (412) 931-4801
www.metrobenefits.com

Proposal for :     NASPSO Health Plan

## PLAN FEE AND SERVICE SCHEDULE

The following outlines the fees for the administrative and consulting services which Metro Benefits, Inc. can provide on behalf of the plan to assume Trusteeship of the plan and to consider the possibility of terminating it and making distributions to all remaining participants.

| | Services | Estimated Fee * |
|---|---|---|
| 1. | Initial review of files and introductory contacts<br>• 2 hours @ $125/hour | $ 250.00 |
| 2. | Gather and retitle frozen plan assets; trust reconciliation and allocation of contributions<br>• 15 hours @ $125/hour | $1,875.00 |
| 3. | Coordination of distributions to plan participants<br>• 115 participants at $50 per participant | $5,750.00** |
| | **Total Charges** | **$7,875.00** |

\* Expenses will be billed on a quarterly basis; all invoices will be filed with the Court for approval prior to payment.

\*\* Fee will be adjusted accordingly based on the exact number of participants once all deposits/contributions have been reconciled.


GOVERNMENT EXHIBIT 1

Prepared 9/11/2007

<u>Please note that we will also pass-through any expenses incurred by Metro Benefits in the process of terminating the plan. These fees shall include, but are not limited to, the following:</u>

- Certified and/or overnight mailing expenses for communications to participants
- Charges incurred by Metro Benefits, Inc. to obtain missing participant address information
- Fees incurred for any ERISA review and/or legal consultation services

# DAVID M. LIPKIN, F.S.A.

# BIOGRAPHY

David M. Lipkin, F.S.A., is the President of Metro Benefits, Inc. After receiving a B.A. in Mathematics from Hamilton College, David began his career in 1977 with Aetna Life and Casualty. In 1983, he moved to William M. Mercer, in Pittsburgh, where he served on the Actuarial Committee and acted as Senior Actuary and Consultant to a variety of clients, including a number of Fortune 500 companies.

David founded Metro Benefits, Inc., in 1986. Metro's commitment to provide clear, comprehensive and worry-free service has made it one of the region's fastest growing companies in the field.

David is actively involved in the profession and has been asked to speak on a variety of topics, including the professional responsibilities of the actuary. He has published numerous articles in professional publications. He has been selected by the U.S. Department of Labor to serve as an "Independent Fiduciary" for several orphan/abandoned plans; and was elected in 2005 to the Board of Directors of the American Society of Pension Professionals and Actuaries ("ASPPA").

