IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,         Plaintiff, <br><br> v. <br><br> CALEB A. GRAY-BURRISS, et al., <br><br>         Defendants. | Civil Action <br><br> No. 06-1382 (GK) |

## ORDER

AND NOW, this ____ day of _____, 2007, upon consideration of the Secretary of Labor's Response to Order of August 27, 2007, it is hereby ORDERED that Metro Benefits, Inc. is appointed as Independent Fiduciary to administer the Health Plan of the National Association of Special Police and Security Officers ("NASPSO Health Plan") until such time as Metro Benefits considers it appropriate to terminate the Health Plan.

Metro Benefits shall have plenary authority and control with respect to the management and administration of the Health Plan, including the authority to marshall assets on behalf of the Health Plan, pursue claims on the Plan's behalf, and take all appropriate actions for the rehabilitation or liquidation of the Health Plan and the distribution of Health Plan assets.

Metro Benefits, Inc. is appointed as Independent Fiduciary at the rate of $125.00 per hour. Metro Benefits shall be paid from assets of the Health Plan at the Harbor Bank of Maryland. Metro Benefits shall submit invoices for its compensation to the Court for approval, and shall not be paid until such time as the Court approves the invoices. Metro Benefits is

subject to such other Orders as the Court may direct, including the filing of monthly reports

detailing the work Metro Benefits has performed, until Metro Benefits ceases to serve or the Plan

is terminated.


Date:_____                                    _____
                                                    Gladys Kessler
                                                    United States District Court Judge