IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALEB A. GRAY-BURRISS,<br>　et al.,<br><br>　　　　　Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## PLAINTIFF'S MOTION FOR ADJUDICATION
## OF CIVIL CONTEMPT

Plaintiff, Secretary of Labor, United States Department of Labor, through her undersigned counsel, makes this Motion for Adjudication of Civil Contempt. Defendant Caleb A. Gray-Burriss, who entered into a consent judgment with Plaintiff on April 20, 2007, has failed to restore money to the NASPSO Pension Plan ("Pension Plan") and the NASPSO Health Plan and Trust ("Health Plan")(collectively, "the Plans"), as required by the terms of the consent judgment. Defendant Burriss has failed to make his three most recent payments to the Pension Plan, which were due on August 1, 2007, September 1, 2007 and October 1, 2007 and he has not made any payments to the Health Plan since entering into the consent judgment in April 2007. To date, Defendant Burriss has failed to pay $675.00 that he owes to the Pension Plan and $1,300.00 that he owes to the Health Plan. Defendant Burriss' failure to pay has implicated the consent judgment's accelerator clause, thereby causing the entire balance due both Plans to become due and payable immediately. The Secretary seeks an Order requiring Defendant Burriss to immediately pay the unpaid balances of both Plans.

Wherefore, for all the reasons set forth herein and in the accompanying Memorandum of Law, the Secretary of Labor respectfully requests that this Court:

a.    issue an Order to show cause directing Defendant Burriss to appear before this Court at such time and place as the Court may set, and to show cause, if there be any, why Defendant Burriss should not be adjudged guilty of civil contempt of this Court;

b.    upon return of the Order to Show Cause, adjudge Defendant Burriss guilty of civil contempt of court, and order Defendant Burriss to pay a coercive fine of $100.00 per day (i.e., $50.00 per day to both the Pension Plan and Health Plan) from the date of the Order until the date of payment of the entire unpaid balances due the Pension Plan and Health Plan.

c.    direct Defendant Burriss to pay the Secretary a compensatory fine equal to the costs, including reasonable attorneys' fees, of bringing this matter to the attention of the Court; and

d.    that this Court grant such other and further relief as may be deemed reasonable and necessary to assure compliance with the terms of the consent judgment.

Respectfully submitted,

Post Office Address:

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

*/s/ Donald K. Neely*
Donald K. Neely
Attorney

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff

2