IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>        Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon the return of the Order to Show Cause, the Court providing Defendant Burriss the opportunity to be heard, and upon consideration of the Secretary of Labor's Motion for Adjudication of Civil Contempt, and any response thereto, it is hereby ORDERED that:

Defendant Burriss is hereby:

1. adjudged in civil contempt for failing to comply with the April 20, 2007 consent judgment in the above-captioned matter, wherein Defendant Burriss was ordered to make ongoing payments to the NASPSO Pension Plan and NASPSO Health Plan;

2. required to pay a coercive fine of $100.00 per day (i.e., $50.00 per day to both the Pension Plan and Health Plan) from this date forward for each day Defendant Burriss fails to pay the entire unpaid balances of both the Pension Plan and Health Plan; and

3.   required to pay the Secretary of Labor a compensatory fine equal to the fees and costs of filing the Motion for Contempt, and the Department may submit a declaration to the Court in support of its fees and costs.

By the Court:

_____
United States District Judge
Gladys Kessler