IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) ) Plaintiff, ) ) v. ) CALEB A. GRAY-BURRISS, ) et al., ) ) Defendants. ) ) | Civil Action<br><br>No. 06-1382 (GK) |

## ORDER

It is hereby ORDERED that a hearing will be held at the United States District Court for the District of Columbia, in Courtroom No. _____ on _____, 2007, at _____ a.m./p.m., at which time Defendant, Caleb A. Gray-Burriss ("Burriss"), shall show cause why he should not be adjudged in civil contempt for his failure to comply with the payment terms reflected in the Consent Judgment signed and entered by the Court on April 20, 2007. Any response to the Secretary of Labor's Motion must be filed and served on Plaintiff no later than seven (7) days prior to the hearing referenced above.

By the Court:

_____
United States District Judge
Gladys Kessler