```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

_____ )
                                  )
**ELAINE CHAO,**                      )
    Secretary of Labor,           )
                                  )
    Plaintiff,                    )
    v.                            )  Civil Action No.
                                  )  06-1382 (GK)
**CALEB A. GRAY-BURRISS,**            )
    <u>et</u> <u>al</u>.,                     )
                                  )
    Defendants.                   )
_____)

<u>O R D E R</u>

A Motions Hearing was held in this case on **November 6, 2007**. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that, no later than **November 20, 2007**, Plaintiff shall file a <u>praecipe</u> indicating whether it is Plaintiff's contention that Defendants are not current in their health plan payments; and it is further

**ORDERED** that Defendants make the October pension plan payment of $225 within **24 hours** of the date of this order; and it is further

**ORDERED** that Defendants make the December and November pension plan payments no later than **December 20, 2007.**

November 6, 2007                   /s/_____
                              Gladys Kessler
                              U.S. District Judge

**Copies to: attorneys on record via ECF**