IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALEB A. GRAY-BURRISS,<br>    et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)<br>)  No. 06-1382 (GK)<br>)<br>)<br>)<br>) |

## PRAECIPE

Plaintiff, Secretary of Labor, United States Department of Labor ("Plaintiff," "Department") through her undersigned counsel, hereby files this praecipe to inform the Court of the status of payments by Defendant Caleb A. Gray-Burriss ("Burriss") in the above-captioned matter pursuant to the Court Order of November 6, 2007.

Plaintiff respectfully avers as follows:

1) Plaintiff filed a Motion for Adjudication of Civil Contempt on October 9, 2007 for Defendant Burriss' failure to make payments pursuant to the terms of a consent judgment in the above-captioned ERISA matter. Plaintiff's Motion alleged that Burriss failed to pay $675.00 that he owes to the Pension Plan and $1,300 that he owes to the Health Plan.

2) A hearing on Plaintiff's contempt motion was held on November 6, 2007, following which the Court ordered Defendant Burriss to make payments to the Pension Plan,

and ordered Plaintiff to confirm whether or not Burriss was up-to-date on his payments to the Health Plan.

3) Defendant Burriss made his October 2007 payment to the Pension Plan and is therefore current on his payments through October 2007. Pursuant to the Court Order dated November 6, 2007, Burriss' payments for November and December 2007 (i.e., two payments of $225 each) are due on or before December 20, 2007.

4) To date, Burriss has not made any payments to the Health Plan. There have been no payments to the Health Plan, either by NASPSO or by any other organization or individual, on behalf of Burriss. As set forth more fully in the Plaintiff's Motion for Adjudication of Civil Contempt, Burriss owes $1,300 to the Health Plan for past due payments. Therefore, the Department respectfully requests that its Motion for Adjudication of Civil Contempt be granted.

    Respectfully submitted,

Jonathan L. Snare
Acting Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Office of the Solicitor
U.S. Department of Labor
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

_____
Donald K. Neely
Attorney

Attorneys for Plaintiff

2