```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **ELAINE L. CHAO,**<br>Secretary of Labor,<br>United States Department of Labor, <br><br>      Plaintiff,<br><br>  v.<br><br>**CALEB A. GRAY-BURRISS,**<br><u>et al.</u>,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 06-1382 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 31st Day of December, 2007, upon the return of the Order to Show Cause, the Court providing Defendant Burriss the opportunity to be heard, and upon consideration of the Secretary of Labor's Motion for Adjudication of Civil Contempt, and Praecipe filed November 19, 2007, and the absence of any response thereto, it is hereby ORDERED that:

Defendant Burriss is hereby

1. adjudged in civil contempt for failing to comply with the April 20, 2007 consent judgment in the above-captioned matter, wherein Defendant Burriss was ordered to make ongoing payments to the NAPSCO Pension Plan and NAPSCO Health Plan;

2. required to pay a coercive fine of $100.00 per day (i.e., $50.00 per day to both the Pension Plan and Health Plan)

      from this date forward for each day Defendant Burriss fails to pay the entire unpaid balances of both the Pension Plan and Health Plan; and

3. required to pay the Secretary of Labor a compensatory fine equal to the fees and costs of filing the Motion for Contempt, and the Department may submit a declaration to the Court in support of its fees and costs.

December 31, 2007                                /s/
                                                        Gladys Kessler
                                                        United States District Judge

**Copies to: Attorneys of record via ECF**