IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action |
| CALEB A. GRAY-BURRISS, et al., | ) ) ) | No. 06-1382 (GK) |
| Defendants. | ) ) ) | |

## PLAINTIFF'S MOTION FOR FEES AND COSTS FROM DEFENDANT GRAY-BURRISS

Plaintiff, Secretary of Labor, United States Department of Labor, through her undersigned counsel, makes this Motion for Fees and Costs from Defendant Gray-Burriss in the amount of $ 2,350.25.

By Order dated December 31, 2007, the Court, upon consideration of the Secretary's Motion of Civil Contempt and *Praecipe*, adjudged Defendant Burriss in civil contempt. Among the relief provided by the Court in the December 31, 2007 Order, the Court ordered that Defendant Burriss "pay the Secretary of Labor a compensatory fine equal to the fees and costs of filing the Motion for Contempt," and provided the Secretary an opportunity to submit a declaration to the Court in support of her fees and costs.

The Secretary seeks $2,350.25 in attorney's fees and costs.  These costs and fees are supported by the Declaration in Support of Plaintiff's Motion for Fees and Costs from Defendant Gray-Burriss, attached hereto as Exhibit A.

Respectfully submitted,

Post Office Address:

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5139

Gregory F. Jacob
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Donald K. Neely
Attorney

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff