IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION
FOR FEES AND COSTS FROM DEFENDANT GRAY-BURRISS**

    1.    I, Donald K. Neely, am an Attorney in the Philadelphia, PA Regional Office of the Solicitor, (RSOL), United States Department of Labor.

    2.    I have been an attorney in the RSOL for thirteen years.

    3.    As an attorney for RSOL, I am responsible for preparing and presenting cases before federal courts and administrative tribunals involving various labor and employment laws enforced by the Department of Labor. Many of my cases at RSOL involve matters under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA"). I also have experience in handling civil contempt actions.

    4.    I have been the primary attorney in the above-captioned matter since August 2006. In this capacity, I was responsible for the preparation of the Secretary's Motion for Adjudication of Civil Contempt dated October 9, 2007 and for attendance at the November 6, 2007 hearing on the Secretary's Motion for Adjudication of Civil Contempt. The time spent and


GOVERNMENT EXHIBIT A

costs incurred by me in preparing for and attending the hearing, as well as preparing the post-hearing *Praecipe*, are set forth below.

5.  Given my thirteen years of experience as an attorney, a law firm would likely bill my services at a rate of at least $275 per hour.

6.  The fees incurred by the Secretary related to her Motion for Adjudication of Civil Contempt are $2,350.25 ($275 x 7.5 hours, plus $287.75 in travel costs for attendance at the hearing). A breakdown of the date, time spent, and work I performed in this matter is as follows:

    a.  October 4, 2007 – 2.75 hours- Review case history and prior pleadings, including Mr. Burriss' history of payment/non-payment pursuant to terms of consent judgment; Prepare Motion for Adjudication of Civil Contempt, Memorandum in Support and Proposed Order.

    b.  October 5, 2007- .25 hours- Contact opposing counsel and advise counsel that the Department intends to file Civil Contempt Motion.

    c.  November 5, 2007- .50 hours- Prepare for upcoming hearing on Motion for Adjudication of Civil Contempt.

    c.  November 6, 2007 – 3.50 hours – Preparation for, travel to, and attendance at hearing on Motion for Adjudication of Civil Contempt.

    d.  November 6, 2007- $287.75 for roundtrip Amtrak train-fare between Philadelphia, PA and Washington, D.C.

    e.  November 16, 2007- .50 hours – Preparation of *Praecipe* as ordered by the Court at the November 6, 2007 hearing.

7.   I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on : 1/18/08

*Donald K. Neely* (signature)
Donald K. Neely