IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>   Plaintiff,<br><br>   v.<br><br>CALEB A. GRAY-BURRISS,<br>   et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)<br>)  No. 06-1382 (GK)<br>)<br>)<br>)<br>)<br>) |

### ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of the Secretary of Labor's Motion for Fees and Costs From Defendant Gray-Burriss, it is hereby ORDERED that Defendant Gray-Burriss shall pay the Department of Labor $2,350.25 within twenty-one days of the date of this Order.

By the Court:

Date:_____

_____
Gladys Kessler
United States District Court Judge