IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS,<br>et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action<br><br>No. 06-1382 (GK) |

## PLAINTIFF'S MOTION TO REQUIRE THE INDEPENDENT FIDUCIARY OF THE NASPSO PENSION PLAN TO SUBMIT INVOICES FOR COURT APPROVAL

Plaintiff, Secretary of Labor, United States Department of Labor, through her undersigned counsel, makes this Motion to Require the Independent Fiduciary, Metro Benefits, Inc., to Submit Invoices for Court Approval. In support thereof, Plaintiff respectfully avers as follows:

1) Following Plaintiff's filing of a Complaint and Motion for Temporary Restraining Order on August 3, 2006, Metro Benefits, Inc. was appointed by the Court as independent fiduciary of the NASPSO Pension Plan on September 29, 2006.

2) Metro Benefits was subsequently appointed as the permanent independent fiduciary of the NASPSO Pension Plan through consent judgments entered into between Plaintiff and Defendant NASPSO on April 10, 2007, and between Plaintiff and Defendant Gray-Burriss on April 20, 2007.

3) To date, Metro Benefits has not sought payment for its plan administration services from the Pension Plan. As the consent judgments with NASPSO and Gray-Burriss

reflect, Defendants NASPSO and Gray-Burriss are responsible for paying to the Plan the costs of the independent fiduciary.

4) By requiring Metro Benefits, Inc. to submit invoices to the Court, Metro Benefits would be required to describe the work it has performed, and obtain Court approval, before it can receive compensation for its services.

5) Pursuant to Local Civil Rule 7.1(m), Defendants NASPSO and Gray-Burriss have been contacted and do not oppose this Motion.

Wherefore, for all the foregoing reasons, the Secretary respectfully requests that her Motion to Require the Independent Fiduciary, Metro Benefits, Inc., to Submit Invoices for Court Approval be GRANTED.

Respectfully submitted,

Post Office Address:

Catherine Oliver Murphy
Regional Solicitor
Office of the Solicitor
U.S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
Phone- (215) 861-5139
Fax- (215) 861-5162

Gregory F. Jacob
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Donald K. Neely
Attorney

U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff