IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>CALEB A. GRAY-BURRISS, et al.,<br><br>Defendants. | Civil Action<br><br>No. 06-1382 (GK) |

## ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of the Secretary of Labor's Motion to Require the Independent Fiduciary, Metro Benefits, Inc., to Submit Invoices for Court Approval, it is hereby ORDERED that Metro Benefits shall submit invoices for its compensation to the Court regarding its administration of the Pension Plan for approval by the Court. Metro Benefits shall not be paid until such time as the Court approves the invoices.

By the Court:

Date:_____

_____
Gladys Kessler
United States District Court Judge