UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE CHAO, SECRETARY OF LABOR OF THE U.S. DEPARTMENT OF LABOR,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **CALEB A. GRAY-BURRISS,** *et al.*, : <br> : <br> **Defendants.** : | Civil Action No. 06-1382 (GK) |

## ORDER

Upon consideration of the Secretary of Labor's unopposed Motion for Fees and Costs from Defendant Gray-Burriss, it is this 26th day of February, 2008, hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that Defendant Gray-Burriss shall pay the Department of Labor $2,350.25 within twenty-one (21) days of the date of this Order.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**