UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELAINE CHAO, SECRETARY OF LABOR** **OF THE U.S. DEPARTMENT OF LABOR,** | : : : | |
| **Plaintiff,** | : : | |
| v. | : : | Civil Action No. 06-1382 (GK) |
| **CALEB A. GRAY-BURRISS,** *et al.*, | : : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Secretary of Labor's unopposed Motion to Require the Independent Fiduciary, Metro Benefits, Inc., to Submit Invoices for Court Approval, it is this 26th day of February, 2008, hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that Metro Benefits shall submit invoices for its compensation to the Court regarding its administration of the Pension Plan for approval by the Court. Metro Benefits shall not be paid until such time as the Court approves the invoices.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**