UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ELAINE L. CHAO, SECRETARY OF LABOR )
UNITED STATES DEPARTMENT OF LABOR )
)
         Plaintiff, )
)
         v. ) CIVIL ACTION
) NO. 06-1382 (GK)
CALEB A. GRAY-BURRISS, *et al.*, )
)
         Defendants )

---

## MOTION TO APPROVE INDEPENDENT FIDUCIARY FEES

Metro Benefits, Inc., 4900 Perry Highway, Pittsburgh, PA 15229, as the Independent Fiduciary for the National Associates of Special Police and Security Officers ("NASPSO") Pension Plan, hereby moves that the Court approve the payment of fees incurred by Metro Benefits, Inc. for the period from 10/01/07 through 12/31/07 and for the period from 1/1/08 to 1/31/08.

1. Attached as Exhibit A to this Motion is Invoice #10513 and supporting Timeslip worksheets detailing the duties performed by Metro Benefits, Inc. on behalf of the Plan for the period from 10/01/07 through 12/31/07 in the amount of $643.40.

2. Attached as Exhibit B to this Motion is Invoice #10686 and supporting Timeslip worksheets detailing the duties performed by Metro Benefits, Inc. on behalf of the Plan for the period from 1/1/08 through 1/31/08 in the amount of $1,873.84.

3. Attached as Exhibit C to this Motion are copies of all updates on the status of this case by the Independent Fiduciary.

Date: 4/16/2008

*Diane M. Barton*
Diane M. Barton, CPC, CEBS
Senior Vice President
Metro Benefits, Inc.

EXHIBIT A



# Metro Benefits, Inc.
**4900 Perry Highway**
**Suite 100**
**Pittsburgh, PA 15229**

# Invoice

| Date | Invoice # |
|---|---|
| 01/16/2008 | 10513 |

**Bill To**

NASPSO HEALTH & WELFARE PLAN
c/o Metro Benefits, Inc.
4900 Perry Highway
Pittsburgh, PA 15229

| Service Thru | Plan Type | Due Date | Consultant | Client Code |
|---|---|---|---|---|
| 12/31/07 | Welfare Plan | 02/18/2008 | DMB | NSP501 |

| Item | Description | Rate | Amount |
|---|---|---|---|
| 1 | Work-to-date from 10/01/07 through 12/31/07 as Independent Fiduciary for NASPSO Health and Welfare Plan per the attached timeslips | 643.40 | 643.40 |

**A copy of our Timeslips Report is Attached for your information.**

Questions? Please Contact Diane Barton @ 888-366-3876 or 412-931-4000 or diane@metrobenefits.com

| Total | $643.40 |
|---|---|
| **Balance Due** | **$643.40** |

01/08/2008  
9:43 AM

Metro Benefits, Inc.  
Pre-Bill Worksheet

Page 1

| | |
|---|---|
| Nickname | NSP501 | 1447 |
| Full Name | NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS |
| Address | C/O METRO BENEFITS, INC. |
| | 4900 PERRY HIGHWAY |
| | PTTSBURGH PA 15229 |
| | DAVID M. LIPKIN |
| Phone 1 | 412.931.4000     Phone 2   412.931.4801 |
| Phone 3 | Phone 4 |
| In Ref To | |
| Last bill | |
| Last charge | 12/12/2007 |
| Last payment | Amount   $0.00 |

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Activity: ALLOC/VAL-ROUTINE | | | | | |
| 10/16/2007<br>290826 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>UPDATE NEELY<br>Reference: Welfare Benefit Plan | 310.00 | 0.08 | (24.80)* | Billable |
| 11/06/2007<br>292849 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>DOL MTG + FOLLOW UP<br>Reference: Welfare Benefit Plan | 310.00 | 0.20 | (62.00) | Billable |
| 12/06/2007<br>295906 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>UPDATE CALEB/TERM?<br>Reference: Welfare Benefit Plan | 310.00 | 0.25 | 77.50 | Billable |
| 12/12/2007<br>296622 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>MTG/ALL UPDATE STATUS<br>Reference: Welfare Benefit Plan | 310.00 | 0.34 | 105.40 | Billable |
| 11/06/2007<br>292901 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>DOL UPDATE W/I.F. & PLAN OUT NEXT STEPS<br>Reference: Welfare Benefit Plan | 210.00 | 0.25 | (52.50) | Billable |
| 11/27/2007<br>295003 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>UPDATE W/SLM ON STATUS OF H&W PLAN & DISCUSSION W/INDEPENDENT TRUSTEE<br>Reference: Welfare Benefit Plan | 210.00 | 0.10 | 21.00 | Billable |
| 12/05/2007<br>295905 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV. E-MAIL FROM TRUSTEE OF H/W PLAN FROM ATTORNEY FOR CALEB BURRIS RE: PLAN QUESTIONS; RESPOND TO SLM & DML<br>Reference: Welfare Benefit Plan | 210.00 | 0.15 | 31.50 | Billable |
| 12/12/2007<br>296432 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>MEET W/I.F. TO REVIEW CBA & PLAN OUT NEXT STEPS & QUESTIONS FOR TPA<br>Reference: Welfare Benefit Plan | 210.00 | 0.30 | 63.00 | Billable |

\* NO CHARGE ITEMS.

| 01/08/2008 | Metro Benefits, Inc. | |
|---|---|---|
| 9:43 AM | Pre-Bill Worksheet | Page 2 |

**NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)**

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| **Total: ALLOC/VAL-ROUTINE** | | | 1.67 | | $437.70 |
| *Activity: CLIENT MAINT.* | | | | | |
| 10/05/2007<br>289037 | Janet Talik<br>CLIENT MAINT.<br>NEW PLAN INFORMATION IN TIMESLIPS<br>Reference: Welfare Benefit Plan | 60.00 | 0.08 | 4.80 | Billable |
| 10/04/2007<br>289041 | Maxine Kielbasa<br>CLIENT MAINT.<br>NEW CLIENT SET UP<br>Reference: Welfare Benefit Plan | 60.00 | 0.20 | 12.00 | Billable |
| **Total: CLIENT MAINT.** | | | 0.28 | | $16.80 |
| *Activity: GENERAL CONSULTATION* | | | | | |
| 11/05/2007<br>292866 | Diane Barton<br>GENERAL CONSULTATION<br>T/C W/BRETT BLACKSTONE RE: HEALTH PLAN QUESTIONS & NEXT STEPS<br>Reference: Welfare Benefit Plan | 210.00 | 0.25 | 52.50 | Billable |
| **Total: GENERAL CONSULTATION** | | | 0.25 | | $52.50 |
| *Activity: PLAN TERM.* | | | | | |
| 11/06/2007<br>293017 | Shelia McLaughlin<br>PLAN TERM.<br>dol update meeting<br>Reference: Welfare Benefit Plan | 135.00 | 0.33 | 45.00 | Billable |
| 11/16/2007<br>293424 | Shelia McLaughlin<br>PLAN TERM.<br>calls to American security and FCE for details on the Plan<br>Reference: Welfare Benefit Plan | 135.00 | 0.93 | 126.00 | Billable |
| 11/27/2007<br>295158 | Shelia McLaughlin<br>PLAN TERM.<br>update with DMB on H&W<br>Reference: Welfare Benefit Plan | 135.00 | 0.17 | 22.50 | Billable |
| 11/27/2007<br>295166 | Shelia McLaughlin<br>PLAN TERM.<br>call with independent trustee Marilyn Ward<br>Reference: Welfare Benefit Plan | 135.00 | 0.25 | 33.75 | Billable |
| 11/28/2007<br>295167 | Shelia McLaughlin<br>PLAN TERM.<br>Printing information emailed to me by Marilyn Ward/review<br>Reference: Welfare Benefit Plan | 135.00 | 0.37 | 49.50 | Billable |
| 12/05/2007<br>295412 | Shelia McLaughlin<br>PLAN TERM.<br>call with Marilyn Ward re: problems that Willie Thomas has with the plan/faxingher his | 135.00 | 0.07 | 9.00 | Billable |

| 01/08/2008 | Metro Benefits, Inc. | |
|---|---|---|
| 9:43 AM | Pre-Bill Worksheet | Page    3 |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | correspondence<br>Reference: Welfare Benefit Plan | | | | |
| 12/06/2007<br>296032 | Shelia McLaughlin<br>PLAN TERM.<br>email to Marilyn Ward re: her status and role on this plan<br>Reference: Welfare Benefit Plan | 135.00 | 0.08 | 11.25 | Billable |
| 12/12/2007<br>296830 | Shelia McLaughlin<br>PLAN TERM.<br>update with DML and DMB re: next steps and info needed<br>Reference: Welfare Benefit Plan | 135.00 | 0.30 | 40.50 | Billable |
| Total: PLAN TERM. | | | 2.50 | | $337.50 |

Activity: PLAN WORK - ADM

| 11/09/2007<br>292688 | Samantha Mullenax<br>PLAN WORK - ADM<br>DOL PLAN<br>Reference: Welfare Benefit Plan | 50.00 | 0.17 | 8.50 | Billable |
|---|---|---|---|---|---|
| 11/13/2007<br>293140 | Samantha Mullenax<br>PLAN WORK - ADM<br>DOL PLAN CORRECTING, COPYING, AND MAILING<br>Reference: Welfare Benefit Plan | 50.00 | 0.17 | 8.50 | Billable |
| Total: PLAN WORK - ADM | | | 0.34 | | $17.00 |

| TOTAL | Billable Fees | | 5.04 | | $861.50 |
|---|---|---|---|---|---|

| Total of billable expense slips | $0.00 |
|---|---|

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $861.50 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $861.50 |
| Total New Balance | | $861.50 |

NO CHARGE ITEMS (218.10)
643.40.


*EXHIBIT B*



# Metro Benefits, Inc.
**4900 Perry Highway**
**Suite 100**
**Pittsburgh, PA 15229**

# Invoice

| Date | Invoice # |
|---|---|
| 02/15/2008 | 10686 |

| Bill To |
|---|
| NASPSO HEALTH & WELFARE PLAN<br>c/o Metro Benefits, Inc.<br>4900 Perry Highway<br>Pittsburgh, PA  15229 |

| Service Thru | Plan Type | Due Date | Consultant | Client Code |
|---|---|---|---|---|
| 1/31/08 | Welfare Ben... | 03/17/2008 | DMB | NSP501 |

| Item | Description | Rate | Amount |
|---|---|---|---|
| 1 | Independent Fiduciary services performed on behalf of the Plan in January, 2008, per the attached timeslips<br><br>a)  Consultation with NASPSO; FCE and Marilyn Ward re: next steps on plan & possible termination<br><br>b)  Draft memo to employees re: plan termination and outstanding issues<br><br>c)  Consultation with plan participants | 1,873.84 | 1,873.84 |

**A copy of our Timeslips Report is Attached for your information.**

Questions? Please Contact Diane Barton @ 888-366-3876 or 412-931-4000 or diane@metrobenefits.com

| Total | $1,873.84 |
|---|---|
| **Balance Due** | **$1,873.84** |

| | | | |
|---|---|---|---|
| 2/1/2008 | | Metro Benefits, Inc. | |
| 3:40 PM | | Pre-Bill Worksheet | Page 527 |

| | | | |
|---|---|---|---|
| Nickname | NSP501 | 1447 | |
| Full Name | NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS | | |
| Address | C/O METRO BENEFITS, INC. | | |
| | 4900 PERRY HIGHWAY | | |
| | PTTSBURGH PA 15229 | | |
| | DAVID M. LIPKIN | | |
| Phone 1 | 412.931.4000 | Phone 2 | 412.931.4801 |
| Phone 3 | | Phone 4 | |
| In Ref To | | | |
| Last bill | | | |
| Last charge | 1/30/2008 | | |
| Last payment | | Amount | $0.00 |

| Date ID | Employee Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Activity: ALLOC/VAL-ROUTINE** | | | | | |
| 1/7/2008 299483 | David Lipkin ALLOC/VAL-ROUTINE REVIEW FILE FOR COURT ORDER Reference: Welfare Benefit Plan | 325.00 | 0.08 | 26.00 | Billable |
| 1/17/2008 300430 | David Lipkin ALLOC/VAL-ROUTINE UPDATE SLM Reference: Welfare Benefit Plan | 325.00 | 0.17 | 55.25 | Billable |
| 1/22/2008 301450 | David Lipkin ALLOC/VAL-ROUTINE FEE CALL Reference: Welfare Benefit Plan | 325.00 | 0.83 | 269.75 | Billable |
| 1/23/2008 301456 | David Lipkin ALLOC/VAL-ROUTINE LETTER TO EES/SUMMARIZE CALL Reference: Welfare Benefit Plan | 325.00 | 1.00 | 325.00 | Billable |
| 1/28/2008 302127 | David Lipkin ALLOC/VAL-ROUTINE PREP DOL MTG/UPDATE NEELY Reference: Welfare Benefit Plan | 325.00 | 0.20 | (65.00)* | Billable |
| 1/29/2008 302146 | David Lipkin ALLOC/VAL-ROUTINE UPDATE SLM/ALLOC BASIS Reference: Welfare Benefit Plan | 325.00 | 0.10 | 32.50 | Billable |
| 1/30/2008 302196 | David Lipkin ALLOC/VAL-ROUTINE REPLAN NEXT STEPS/CREATE OUTLINE Reference: Welfare Benefit Plan | 325.00 | 0.80 | 260.00 | Billable |
| 1/9/2008 299573 | Diane Barton ALLOC/VAL-ROUTINE UPDATE ON OUTSTANDING ISSUES IMPACT OF NEW CBA; RECONCILIATION OF PLAN ASSETS, ETC. Reference: Welfare Benefit Plan | 220.00 | 0.50 | 110.00 | Billable |

\* NO CHARGE TO PLAN

| 2/1/2008 | Metro Benefits, Inc. | |
|---|---|---|
| 3:40 PM | Pre-Bill Worksheet | Page 528 |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/10/2008<br>299693 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>UPDATE W/DOL ON OUTSTANDING ISSUES & NEXT STEPS ON PLAN TERM.<br>Reference: Welfare Benefit Plan | 220.00 | 0.65 | 143.00 | Billable |
| 1/17/2008<br>300584 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV. DML E-MAIL RE: STATUS OF H/W TERMINATION & CONF. CALL W/FCE & EMPLOYEES<br>Reference: Welfare Benefit Plan | 220.00 | 0.10 | 22.00 | Billable |
| 1/22/2008<br>301311 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>CONF. CALL W/FCE; SECTEK; MARILYN WARD & I.F. TO RESOLVE PLAN TERMINATION QUESTIONS & PLAN OUT NEXT STEPS<br>Reference: Welfare Benefit Plan | 220.00 | 0.75 | 165.00 | Billable |
| 1/28/2008<br>301928 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>UPDATE W/DML ON T/C W/DON NEELY ON H/W PLAN TERM.<br>Reference: Welfare Benefit Plan | 220.00 | 0.10 | 22.00 | Billable |
| Total: ALLOC/VAL-ROUTINE | | | 5.28 | | $1,495.50 |

Activity: GENERAL CONSULTATION

| | | | | | |
|---|---|---|---|---|---|
| 1/9/2008<br>299502 | David Lipkin<br>GENERAL CONSULTATION<br>PRE-MTG < DOL CALL / DIANE / SHELIA<br>Reference: Welfare Benefit Plan | 325.00 | 0.67 | 217.75 | Billable |
| 1/10/2008<br>299511 | David Lipkin<br>GENERAL CONSULTATION<br>CALL/CRISWELL<br>Reference: Welfare Benefit Plan | 325.00 | 0.50 | 162.50 | Billable |
| 1/11/2008<br>299519 | David Lipkin<br>GENERAL CONSULTATION<br>UPDATE SLM/CONTROL CALIB?<br>Reference: Welfare Benefit Plan | 325.00 | 0.10 | 32.50 | Billable |
| 1/15/2008<br>300406 | David Lipkin<br>GENERAL CONSULTATION<br>UPDATE CALEB/SLM<br>Reference: Welfare Benefit Plan | 325.00 | 0.58 | 188.50 | Billable |
| 1/29/2008<br>302150 | David Lipkin<br>GENERAL CONSULTATION<br>UPDATE/NEELY<br>Reference: Welfare Benefit Plan | 325.00 | 0.25 | 81.25 | Billable |
| Total: GENERAL CONSULTATION | | | 2.10 | | $682.50 |

| 2/1/2008 | Metro Benefits, Inc. | |
|---|---|---|
| 3:40 PM | Pre-Bill Worksheet | Page 529 |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| **Activity: PAYOUT-BEP** | | | | | |
| 1/4/2008<br>298744 | Shelia McLaughlin<br>PAYOUT-BEP<br>call with the participant Apetsi Kumassah<br>Reference: Welfare Benefit Plan | 140.00 | 0.33 | 46.67 | Billable |
| Total: PAYOUT-BEP | | | 0.33 | | $46.67 |
| **Activity: PLAN TERM.** | | | | | |
| 1/2/2008<br>298357 | Shelia McLaughlin<br>PLAN TERM.<br>call with Robert Whitley re: letter he sent requesting hardship withdrawal from the H & W Plan<br>Reference: Welfare Benefit Plan | 140.00 | 0.17 | 23.33 | Billable |
| 1/9/2008<br>299039 | Shelia McLaughlin<br>PLAN TERM.<br>update meeting with DMB and DML/email to FCE and Sectek outlining questions and next steps<br>Reference: Welfare Benefit Plan | 140.00 | 1.28 | 179.67 | Billable |
| 1/10/2008<br>299223 | Shelia McLaughlin<br>PLAN TERM.<br>CONFERENCE CALL WITH DOL<br>Reference: Welfare Benefit Plan | 140.00 | 0.58 | (81.67) | Billable |
| 1/22/2008<br>300719 | Shelia McLaughlin<br>PLAN TERM.<br>conference call with FCE<br>Reference: Welfare Benefit Plan | 140.00 | 0.75 | 105.00 | Billable |
| 1/30/2008<br>301742 | Shelia McLaughlin<br>PLAN TERM.<br>update with DML re: next steps<br>Reference: Welfare Benefit Plan | 140.00 | 0.23 | 32.67 | Billable |
| Total: PLAN TERM. | | | 3.01 | | $422.34 |
| **TOTAL** | Billable Fees | | 10.72 | | $2,647.01 |
| Total of billable expense slips | | | | | $0.00 |
| | | | | Amount | Total |
| Total of Fees (Time Charges) | | | | | $2,647.01 |
| Total of Costs (Expense Charges) | | | | | $0.00 |

*Handwritten:* NO CHARGE ITEMS (773.17)

*Handwritten:* $1873.84

DOL PLAN – INDEPENDENT FIDUCIARY REPORT        NSP 501

PLAN NAME:        NSP-Health Plan
TODAY'S DATE IS:    11/9/07
NEXT UPDATE WILL BE:    02/8/08
PLAN ASSETS NOW AT:
COURT UPDATE REQUIRED:    Yes


DOL TEAM -            INV.  Don Criswell        SOL.  Don Neely


METRO TEAM -        ANALYST  Shelia        MC/REVIEWER  Diane


CURRENT ISSUES/NEXT STEPS/DATES/WHOM?:

1.    We have received NASPSO's checkbook for this plan.

2.    We are working with the insurer and the TPA ("FCE") to organize the information.

3.    There seems to be a feeling that discontinuing this plan might be worthwhile.


Prepared by:    David M. Lipkin, F.S.A.
                Independent Fiduciary
                Metro Benefits, Inc.
                (412) 931-4000
                david@metrobenefits.com


cc:    Don Criswell; Don Neely; Mabel Capolongo; Joan Roller


G:\N\NSP\Qtrly DOL 501 Plan Form.doc

DOL PLAN – INDEPENDENT FIDUCIARY REPORT          NSP 501

| | |
|---|---|
| PLAN NAME: | NSP-Health Plan |
| TODAY'S DATE IS: | 2/8/08 |
| NEXT UPDATE WILL BE: | 3/7/08 |
| PLAN ASSETS NOW AT: | FCE $ |
| COURT UPDATE REQUIRED: | Yes |

DOL TEAM -             INV. Don Criswell           SOL. Don Neely

METRO TEAM -          ANALYST Shelia              MC/REVIEWER Diane

## Please See Attached

Prepared by:  David M. Lipkin, F.S.A.
              Independent Fiduciary
              Metro Benefits, Inc.
              (412) 931-4000
              david@metrobenefits.com

cc:    Don Criswell; Don Neely; Mabel Capolongo; Joan Roller

Summary of Naspso Plan Issues
Updated as of 2/6/08
David M. Lipkin/Metro Benefits, Independent Fiduciary

I. Overview

   A. Trusteeship of Health and Pension Plans sponsored by Naspso for Sektek and other firms' ees
   B. Probable goal of terminating and paying out
   C. Various open issues (below)

II. Health Plan Issues

   A. Interested Parties = FCE (administrator/"trustee"), Sektek (er), Naspso (Union), DOL
      1. X-abian represents non-union (non-Naspso?) sektek ees = standing
      2. How to respond if at all?
      3. Court Order = ?
      4. Who should represent Naspso now?
         - Ikua? (shop stewards?)
         - Michael Ashford (president/not returning phone calls?)
         - David Levison (atty.)
         - Calib (disq.)
         - Other?
         - If we go with shop stewards, do we have a full set?
   B. New CBA appears to alleviate need for plan, does anyone have a reason to not terminate now? (none heard yet so far)
      1. Does this cause a "lapse in coverage" ? (DOL concern)
   C. Allocation of surplus to employees
      1. Provided for (or not prohibited) by plan document or CBA
      2. Would Er object? Fairest solution? (ee $)
      3. Methodology – FCE update
      4. Options – how far back to go?
      5. Recognition of waivers – "true" and "bad"?
      6. Is proposed handling of bad waivers unfair? What do we say to people?
      7. Tax issue = thru payroll?
      8. Next steps
   D. Letter to employees (draft attached)
   E. Other

III. Pension

   A. Common desire to terminate?
      1. One difference is that DECO money is still coming in
      2. Their CBA runs thru 12/31/08, although it c/b revised

   3. Sektek's was revised 12/31/07 to set up their own 401k plan and stop contributions to this
   4. Interested parties' goals = term. = ?
   5. Metro goal – we believe it would be cleaner to terminate this plan and establish a new ("clean") plan if one is still desired by DECO

  B. Shelia's big trust accounting party
   1. Trying to match "payroll contributions" vs. those actually received
   2. Close to a successful reconciliation (!)
   3. Needed to define ee account balances and allow for terminee payouts
  C. Even if not terminating the plan, next step after (B) s/b to pay out terminees
  D. Handling of hardships
   1. Continue with them?
   2. Is 80% still the right limit?
  E. Plan document = no for now per DOL
   1. I can see both sides to this, especially if plan is ongoing
   2. DOL wants to be careful in spending plan money
   3. I feel like we have no safety net as TPA's/IF
  F. Employee Communication? Combine with health?
  G. CD's maturing in April (two) and July (one) with Harbor Bank; not planning to renew them

IV. Next Steps

  A. Add Sally to team
  B. Coordinational Call with Sektek/FCE/Criswell/Sally/Ikua or Nsp/Metro
  C. Communicate with employees
  D. Terminate and pay out

## ORDER

It is hereby Ordered that the Independent Fiduciary fees in the amount of $643.40 for the period from 10/1/07 to 12/31/07 (Invoice #10513) and $1,873.84 for the period from 1/1/08 to and 1/31/08 (Invoice #10685) are approved for payment.

Date: _____    _____
　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　United States District Judge

Copies to: attorneys on record via ECF