UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELAINE L. CHAO,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-1382 (GK) |
| | : | |
| **CALEB A. GRAY-BURRISS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

It is this 9th day of May, 2008, hereby,

**ORDERED**, that the Independent Fiduciary fees in the amount of $7,821.92 for the period from September 29, 2006 through December 31, 2007 (Invoice #10512) and $4,451.06 for the period from January 1, 2008 through January 31, 2008 (Invoice #10685) are approved for payment.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**