UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE L. CHAO,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-1382 (GK) |
| : | |
| **CALEB A. GRAY-BURRISS,** *et al.*, : | |
| : | |
| **Defendants.** : | |

# ORDER

It is this 9th day of May, 2008, hereby

**ORDERED**, that the Independent Fiduciary fees in the amount of $643.40 for the period from October 1, 2007 to December 31, 2007 (Invoice #10513) and $1,873.84 for the period from January 1, 2008 through January 31, 2008 (Invoice #10685) are approved for payment.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**