UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR )<br>UNITED STATES DEPARTMENT OF LABOR )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CALEB A. GRAY-BURRISS, *et al.*, )<br>)<br>Defendants ) | CIVIL ACTION<br>NO. 06-1382 (GK) |

---

**MOTION TO APPROVE INDEPENDENT FIDUCIARY FEES**

Metro Benefits, Inc., 4900 Perry Highway, Pittsburgh, PA 15229, as the Independent Fiduciary for the National Associates of Special Police and Security Officers ("NASPSO") Health and Welfare Plan, hereby moves that the Court approve the payment of fees incurred by Metro Benefits, Inc. for the period from 2/1/08 to 3/31/08.

1. Attached as Exhibit A to this Motion is Invoice #11022 and supporting Timeslip worksheets detailing the duties performed by Metro Benefits, Inc. on behalf of the Plan for the period from 2/01/08 through 3/31/08 in the amount of $4,618.77.

2. Attached as Exhibit B to this Motion is a copy of the Quarterly update dated 5/12/08 regarding the status of this case by the Independent Fiduciary.

Date: 5/14/2008

Diane M. Barton, CPC, CEBS
Senior Vice President
Metro Benefits, Inc.



EXHIBIT A



# Metro Benefits, Inc.
**4900 Perry Highway**
**Suite 100**
**Pittsburgh, PA 15229**

# Invoice

| Date | Invoice # |
|---|---|
| 04/18/2008 | 11022 |

OK *(signature)*

**Bill To**

NASPSO HEALTH & WELFARE PLAN
c/o Metro Benefits, Inc.
4900 Perry Highway
Pittsburgh, PA 15229

| Service Thru | Plan Type | Due Date | Consultant | Client Code |
|---|---|---|---|---|
| 3/31/08 | 125 Plan | 05/19/2008 | DMB | NSP501 |

| Item | Description | Rate | Amount |
|---|---|---|---|
| 1 | INDEPENDENT FIDUCIARY services performed on behalf of the Plan in February & March, 2008, per attached timeslips | 3,792.27 | 3,792.27 |
| 2 | PASS THRU CHARGES:<br><br>Legal consultation re: plan termination issues and review of plan documents | 826.50 | 826.50 |

**A copy of our Timeslips Report is Attached for your information.**

Questions? Please Contact Diane Barton @ 888-366-3876 or 412-931-4000 or diane@metrobenefits.com

| Total | $4,618.77 |
|---|---|
| **Balance Due** | **$4,618.77** |

3/4/2008  
9:06 AM

Metro Benefits, Inc.  
Pre-Bill Worksheet

Page 409

| | |
|---|---|
| Nickname | NSP501 \| 1447 |
| Full Name | NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS |
| Address | C/O METRO BENEFITS, INC. |
| | 4900 PERRY HIGHWAY |
| | PTTSBURGH PA 15229 |
| | DAVID M. LIPKIN |
| Phone 1 | 412.931.4000     Phone 2   412.931.4801 |
| Phone 3 | Phone 4 |
| In Ref To | |
| Last bill | |
| Last charge | 2/29/2008 |
| Last payment | Amount   $0.00 |

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| **Activity: ALLOC/VAL-ROUTINE** | | | | | |
| 2/5/2008<br>303105 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>DOL MTG / UPDATE<br>Reference: Welfare Benefit Plan | 325.00 | 0.30 | 97.50 ✱ | Billable |
| 2/19/2008<br>304873 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>MTG/W/SALLY CHURCH<br>Reference: Welfare Benefit Plan | 325.00 | 1.00 | 325.00 | Billable |
| 2/1/2008<br>302422 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV. DML REVISIONS & OUTLINE SUMMARIZING ONGOING PLAN ISSUES &<br>TERMINATION DECISIONS<br>Reference: Welfare Benefit Plan | 220.00 | 0.35 | 77.00 | Billable |
| 2/4/2008<br>302909 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV. MARILYN WARD S/S WITH EE TOTALS FOR H&w CONTR. &"DUB" ACCTS.<br>Reference: Welfare Benefit Plan | 220.00 | 0.15 | 33.00 | Billable |
| 2/5/2008<br>303216 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>DOL UPDATE MEETING TO REVIEW OUTLINE OF ENXT STEPS FOR TERMINATION & O/S<br>ISSUES<br>Reference: Welfare Benefit Plan | 220.00 | 0.25 | 55.00 | Billable |
| 2/19/2008<br>304688 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>MEETING W/SALLY CHURCH TO REVIEW OUTSTANDING ISSUES RE: PLAN<br>TERMINATION<br>Reference: Welfare Benefit Plan | 220.00 | 2.25 | 495.00 | Billable |
| Total: ALLOC/VAL-ROUTINE | | | 4.30 | | $1,082.50 |
| **Activity: BILLABLE/NONROU** | | | | | |
| 2/6/2008<br>303244 | Diane Barton<br>BILLABLE/NONROU<br>DISCUSS WILLIE THOMAS WAIVER ISSUE W/SLM; REVIEW MARILYN RESPONSE<br>Reference: Welfare Benefit Plan | 220.00 | 0.10 | 22.00 | Billable |

| 3/4/2008 | Metro Benefits, Inc. | |
|---|---|---|
| 9:06 AM | Pre-Bill Worksheet | Page 410 |

**NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)**

| Date ID | Employee Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/6/2008 302765 | Shelia McLaughlin BILLABLE/NONROU update to payment ledger summary for attachment to DOL updates Reference: Welfare Benefit Plan | 140.00 | 0.28 | 39.67 | Billable |
| | **Total: BILLABLE/NONROU** | | 0.38 | | **$61.67** |

**Activity: GENERAL CONSULTATION**

| | | | | | |
|---|---|---|---|---|---|
| 2/5/2008 303138 | David Lipkin GENERAL CONSULTATION UPDATE SALLY CHURCH Reference: Welfare Benefit Plan | 325.00 | 0.40 | 130.00 | Billable |
| | **Total: GENERAL CONSULTATION** | | 0.40 | | **$130.00** |

**Activity: PLAN TERM.**

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2008 302576 | Shelia McLaughlin PLAN TERM. PREP FOR DOL UPDATE MEETING Reference: Welfare Benefit Plan | 140.00 | 0.12 | 16.33 | Billable |
| 2/5/2008 302631 | Shelia McLaughlin PLAN TERM. dol update meeting Reference: Welfare Benefit Plan | 140.00 | 0.25 | 35.00 | Billable |
| 2/13/2008 303960 | Shelia McLaughlin PLAN TERM. CALL WITH COLVIN LEMLEY and WILLIE THOMAS RE: STATUS Reference: Welfare Benefit Plan | 140.00 | 0.28 | 39.67 | Billable |
| 2/19/2008 304111 | Shelia McLaughlin PLAN TERM. lunch meeting with Sally Church Reference: Welfare Benefit Plan | 140.00 | 2.25 | 315.00 | Billable |
| 2/20/2008 304191 | Shelia McLaughlin PLAN TERM. calls with Akua Thompson and Colvin Lemley/email to all parties to request copies of waivers Reference: Welfare Benefit Plan | 140.00 | 0.32 | 44.33 | Billable |
| 2/20/2008 304524 | Shelia McLaughlin PLAN TERM. email to all parties requesting copies of all waiver documents Reference: Welfare Benefit Plan | 140.00 | 0.27 | 37.33 | Billable |
| 2/29/2008 305210 | Shelia McLaughlin PLAN TERM. update to payment summaries Reference: Welfare Benefit Plan | 140.00 | 0.05 | 7.00 | Billable |

3/4/2008  
9:06 AM

Metro Benefits, Inc.  
Pre-Bill Worksheet

Page 411

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date ID | Employee Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Total: PLAN TERM. | | | 3.54 | | $494.66 |
| TOTAL | Billable Fees | | 8.62 | | $1,768.83 |
| Total of billable expense slips | | | | | $0.00 |

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $1,768.83 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $1,768.83 |
| Total New Balance | | $1,768.83 |

*NO CHARGE ITEMS ( 208.50)*

*1,560.33*

| 4/1/2008 | Metro Benefits, Inc. | |
|---|---|---|
| 2:58 PM | Pre-Bill Worksheet | Page 400 |

| | |
|---|---|
| Nickname | NSP501 | 1447 |
| Full Name | NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS |
| Address | C/O METRO BENEFITS, INC. |
| | 4900 PERRY HIGHWAY |
| | PTTSBURGH PA 15229 |
| | DAVID M. LIPKIN |
| Phone 1 | 412.931.4000    Phone 2    412.931.4801 |
| Phone 3 | Phone 4 |
| In Ref To | |
| Last bill | |
| Last charge | 3/28/2008 |
| Last payment | Amount    $0.00 |

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| **Activity: ALLOC/VAL-ROUTINE** | | | | | |
| 3/3/2008<br>306239 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>UPDATE ALL RE: NEXT CALL<br>Reference: Welfare Benefit Plan | 325.00 | 0.17 | 55.25 | Billable |
| 3/11/2008<br>307086 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>UPDATE CALL W/SALLY<br>Reference: Welfare Benefit Plan | 325.00 | 1.00 | 325.00 | Billable |
| 3/17/2008<br>307545 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>PLAN OUT FCE CALL<br>Reference: Welfare Benefit Plan | 325.00 | 0.17 | 55.25 | Billable |
| 3/27/2008<br>308551 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>FCE COORDINATION CALL<br>Reference: Welfare Benefit Plan | 325.00 | 1.30 | 422.50 | Billable |
| 3/5/2008<br>306010 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV. COURT ORDER & CONSENT JUDGMENTS RE: REPORTING REQS.<br>Reference: Welfare Benefit Plan | 220.00 | 0.10 | (22.00) *N/C* | Billable |
| 3/11/2008<br>307141 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>T/CONF. W/ATTORNEYS RE: HANDLING OF WAIVERS & TERM. OF PLAN; DISCUSS FCE<br>SERVICES & FEE ISSUES<br>Reference: Welfare Benefit Plan | 220.00 | 0.80 | 176.00 | Billable |
| 3/25/2008<br>308480 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REVIEW AGENDA FOR CONF. CALL RE: TERMINATION OF PLAN & HANDLING OF<br>WAIVERS (SLM)<br>Reference: Welfare Benefit Plan | 220.00 | 0.25 | 55.00 | Billable |
| 3/27/2008<br>308516 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>CONF. CALL W/FCE RE: NEXT STEPS ON PLAN TERMINATION; HOW TO HANDLE PART.<br>WAIVERS; GOOD; QUESTIONABLE & INVALID<br>Reference: Welfare Benefit Plan | 220.00 | 1.35 | 297.00 | Billable |

| 4/1/2008 | Metro Benefits, Inc. | |
|---|---|---|
| 2:58 PM | Pre-Bill Worksheet | Page 401 |

**NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)**

| Date ID | Employee Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/28/2008 308535 | Diane Barton ALLOC/VAL-ROUTINE REV. SLM E-MAIL SUMMARIZING HER CONVERSATIONS WITH VARIOUS PARTICIPANTS Reference: Welfare Benefit Plan | 220.00 | 0.08 | 17.60 | Billable |
| | Total: ALLOC/VAL-ROUTINE | | 5.22 | | $1,425.60 |

<u>Activity: PLAN TERM.</u>

| Date ID | Employee Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/3/2008 306406 | Shelia McLaughlin PLAN TERM. review of plan waivers sent to us by Akua Thompson/comparison to which of the employees has a DUB account Reference: Welfare Benefit Plan | 140.00 | 0.33 | 46.67 | Billable |
| 3/11/2008 306474 | Shelia McLaughlin PLAN TERM. conference call with Sally Church Reference: Welfare Benefit Plan | 140.00 | 0.75 | 105.00 | Billable |
| 3/12/2008 306651 | Shelia McLaughlin PLAN TERM. coordinating conference call for 3/27 Reference: Welfare Benefit Plan | 140.00 | 0.10 | (14.00) N/C | Billable |
| 3/12/2008 306652 | Shelia McLaughlin PLAN TERM. followup email on obtaining plan waivers Reference: Welfare Benefit Plan | 140.00 | 0.07 | 9.33 | Billable |
| 3/14/2008 306904 | Shelia McLaughlin PLAN TERM. call with Brett Blackstone at FedCon re: plan waivers Reference: Welfare Benefit Plan | 140.00 | 0.30 | 42.00 | Billable |
| 3/17/2008 307232 | Shelia McLaughlin PLAN TERM. update with DML on agenda for conference call scheduled for 3/27 Reference: Welfare Benefit Plan | 140.00 | 0.10 | (14.00) N/C | Billable |
| 3/24/2008 307923 | Shelia McLaughlin PLAN TERM. draft of conference call agenda Reference: Welfare Benefit Plan | 140.00 | 1.08 | 151.67 | Billable |
| 3/26/2008 308475 | Shelia McLaughlin PLAN TERM. print out of all waiver information forwarded by Bret Blackstone/review of some Reference: Welfare Benefit Plan | 140.00 | 1.08 | 151.67 | Billable |

| 4/1/2008 | Metro Benefits, Inc. | |
|---|---|---|
| 2:58 PM | Pre-Bill Worksheet | Page 402 |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/27/2008<br>308106 | Shelia McLaughlin<br>PLAN TERM.<br>conference call with FCE<br>Reference: Welfare Benefit Plan | 140.00 | 1.83 | 256.67 | Billable |
| 3/28/2008<br>308227 | Shelia McLaughlin<br>PLAN TERM.<br>call from Boniface Okafor re: waivers<br>Reference: Welfare Benefit Plan | 140.00 | 0.25 | 35.00 | Billable |
| 3/28/2008<br>308501 | Shelia McLaughlin<br>PLAN TERM.<br>call with Akua Thompson re: next steps and payouts<br>Reference: Welfare Benefit Plan | 140.00 | 0.22 | 30.33 | Billable |

| Total: PLAN TERM. | | | 6.11 | | $856.34 |
|---|---|---|---|---|---|

Activity: PLAN WORK - ADM

| 3/4/2008<br>305986 | Diane Barton<br>PLAN WORK - ADM<br>E-MAIL INVOICES TO DOL FOR APPROVAL<br>Reference: Welfare Benefit Plan | 220.00 | 0.10 | (22.00)<br>N/C | Billable |
|---|---|---|---|---|---|

| Total: PLAN WORK - ADM | | | 0.10 | | $22.00 |
|---|---|---|---|---|---|

| TOTAL | Billable Fees | | 11.43 | | $2,303.94 |
|---|---|---|---|---|---|

| Total of billable expense slips | $0.00 |
|---|---|

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $2,303.94 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $2,303.94 |
| Total New Balance | | $2,303.94 |

NO CHARGE ITEMS    ( 72.00)

2231.94



**ATTORNEYS AT LAW SINCE 1895**

```
METRO BENEFITS, INC.                              03/27/08
C/O DAVID M. LIPKIN                               019565.097000
4900 PERRY HIGHWAY                                INVOICE  419022
SUITE 100                                         1454
PITTSBURGH, PA 15229
```

RE: FIDUCIARY -- NATIONAL ASSOCIATION OF SPECIAL
    POLICE AND SECURITY OFFICERS

                    PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 02/21/08 | Review documents; research ability to return contributions to health and welfare fund upon termination.<br>   KBO | 2.90 |

```
                                                  --------------
          TOTAL FEES FOR MATTER      019565.09700         $826.50

          TOTAL EXPENSES FOR MATTER  019565.097000          $0.00

          TOTAL THIS STATEMENT                            $826.50
                                                  ==============
```

            **PAYMENT DUE UPON RECEIPT**

DOL PLAN – INDEPENDENT FIDUCIARY REPORT               NSP 501

| | |
|---|---|
| PLAN NAME: | **NSP-Health Plan** |
| TODAY'S DATE IS: | 5/12/08 |
| NEXT UPDATE WILL BE: | 8/08/08 |
| PLAN ASSETS NOW AT: | FCE $578,540 (12/31/07) |
| COURT UPDATE REQUIRED: | Yes |

DOL TEAM -           INV. }                    SOL. Don Neely

METRO TEAM -      ANALYST  Shelia            MC/REVIEWER Diane

1. We are working out details of "voluntary waiver" issue with ~~fee~~ FCE. We have denied some and are investigating others further.

2. Employee letter going out shortly, shutting off claims as of 6/30/08.

3. Game plan is to pay out all residual funds to employees (once we ~~change~~ clarify the waiver situation, above.)

Prepared by:  David M. Lipkin, F.S.A.
              Independent Fiduciary
              Metro Benefits, Inc.
              (412) 931-4000
              david@metrobenefits.com

cc:    Don Neely; Mabel Capolongo; Joan Roller

**ORDER**

It is hereby Ordered that the Independent Fiduciary fees in the amount of $4,618.77 for the period from 2/01/08 to 3/31/08 (Invoice #11022) are approved for payment.

Date: _____   _____
                                Gladys Kessler
                                United States District Judge

Copies to: attorneys on record via ECF