## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE CHAO, Secretary,** : | |
| **U.S. Department of Labor,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-1382 (GK) |
| : | |
| **CALEB A. GRAY-BURRISS,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## **ORDER**

Upon consideration of the Motion to Approve Independent Fiduciary Fees, it is this 21st day of May, 2008, hereby

**ORDERED**, that the Motion is **granted** and the Independent Fiduciary's fees in the amount of $4,618.77 for the period February 1, 2008 to March 31, 2008 (Invoice #11022) are approved for payment.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**