**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ELAINE L. CHAO, SECRETARY OF LABOR** <br> **UNITED STATES DEPARTMENT OF LABOR** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **CALEB A. GRAY-BURRISS, *et al.*,** <br><br> **Defendants** | ) | **CIVIL ACTION** <br> **NO. 06-1382 (GK)** |

## MOTION TO APPROVE INDEPENDENT FIDUCIARY FEES

Metro Benefits, Inc., 4900 Perry Highway, Pittsburgh, PA 15229, as the Independent Fiduciary for the National Associates of Special Police and Security Officers ("NASPSO") Health and Welfare Plan, hereby moves that the Court approve the payment of fees incurred by Metro Benefits, Inc. for the period from 4/1/08 to 4/30/08.

1. Attached as Exhibit A to this Motion is Invoice #11273 and supporting Timeslip worksheets detailing the duties performed by Metro Benefits, Inc. on behalf of the Plan for the period from 4/01/08 through 4/30/08 in the amount of $3,272.00.

2. Attached as Exhibit B to this Motion is a copy of the Quarterly update dated 5/12/08 regarding the status of this case by the Independent Fiduciary.

Date: 6/17/2008

Diane M. Barton
Diane M. Barton, CPC, CEBS
Senior Vice President
Metro Benefits, Inc.



EXHIBIT A

# Metro Benefits, Inc.

**4900 Perry Highway**
**Suite 100**
**Pittsburgh, PA 15229**

# Invoice

| Date | Invoice # |
|---|---|
| 05/19/2008 | 11273 |

| Bill To |
|---|
| NASPSO HEALTH & WELFARE PLAN<br>c/o Metro Benefits, Inc.<br>4900 Perry Highway<br>Pittsburgh, PA 15229 |

| Service Thru | Plan Type | Due Date | Consultant | Client Code |
|---|---|---|---|---|
| 4/30/08 | 125 Plan | 06/19/2008 | DMB | NSP501 |

| Item | Description | Rate | Amount |
|---|---|---|---|
| 1 | INDEPENDENT FIDUCIARY services performed on behalf of the Plan in April, 2008 per attached timeslips | 1,182.00 | 1,182.00 |
| 2 | PASS THRU CHARGES:<br><br>Legal consultation re: plan termination issues; waiver issues | 2,090.00 | 2,090.00 |

**A copy of our Timeslips Report is Attached for your information.**

| | |
|---|---|
| **Total** | **$3,272.00** |
| **Balance Due** | **$3,272.00** |

Questions? Please Contact Diane Barton @ 888-366-3876 or 412-931-4000 or diane@metrobenefits.com

5/5/2008
1:21 PM

Metro Benefits, Inc.
Pre-Bill Worksheet

Nickname NSP501 | 1447
Full Name NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS
Address C/O METRO BENEFITS, INC.
4900 PERRY HIGHWAY
PTTSBURGH PA 15229
DAVID M. LIPKIN
Phone 1 412.931.4000 Phone 2 412.931.4801
Phone 3 Phone 4
In Ref To
Last bill
Last charge 4/29/2008
Last payment Amount $0.00

| Date / ID | Employee / Activity | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| **Activity: ALLOC/VAL-ROUTINE** | | | | | |
| 4/25/2008 311520 | David Lipkin ALLOC/VAL-ROUTINE FCE CALL Reference: Welfare Benefit Plan | 325.00 | 0.67 | 217.75 | Billable |
| 4/29/2008 311992 | David Lipkin ALLOC/VAL-ROUTINE PREP FOR PLANNING MTG Reference: Welfare Benefit Plan | 325.00 | 0.17 | 55.25 | Billable |
| 4/10/2008 310156 | Diane Barton ALLOC/VAL-ROUTINE REV. SLM SUMMARY ON HEALTH COVERAGE WAIVERS & APPLICABLE OPEN ENROLLMENT DATES Reference: Welfare Benefit Plan | 220.00 | 0.25 | 55.00 | Billable |
| 4/25/2008 311622 | Diane Barton ALLOC/VAL-ROUTINE REVIEW AGENDA FOR CONF. CALL W/FCE ON WAIVERS & NEXT STEPS Reference: Welfare Benefit Plan | 220.00 | 0.15 | 33.00 | Billable |
| 4/25/2008 311620 | Diane Barton ALLOC/VAL-ROUTINE CONF. CALL W/I.F.; FCE & MARILYN WARD RE: UPDATE ON WAIVERS Reference: Welfare Benefit Plan | 220.00 | 0.55 | 121.00 | Billable |
| Total: ALLOC/VAL-ROUTINE | | | 1.79 | | $482.00 |
| **Activity: PLAN TERM.** | | | | | |
| 4/2/2008 308941 | Shelia McLaughlin PLAN TERM. call with participant Willie Thomas re: status of plan distributions Reference: Welfare Benefit Plan | 140.00 | 0.17 | 23.33 | Billable |
| 4/4/2008 309348 | Shelia McLaughlin PLAN TERM. set up of spreadsheet defining good, bad and iffy waivers/email to all parties with questions regarding waivers Reference: Welfare Benefit Plan | 140.00 | 2.00 | 280.00 | Billable |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/7/2008<br>309456 | Shelia McLaughlin<br>PLAN TERM.<br>call with Gabriel Okafor re: status of waiver review<br>Reference: Welfare Benefit Plan | 140.00 | 0.13 | 18.67 | Billable |
| 4/17/2008<br>310539 | Shelia McLaughlin<br>PLAN TERM.<br>email followup to Bret Blackstone re: information still needed on waivers<br>Reference: Welfare Benefit Plan | 140.00 | 0.05 | 7.00 | Billable |
| 4/18/2008<br>310747 | Shelia McLaughlin<br>PLAN TERM.<br>CALL WITH BRET BLACKSTONE RE: WAIVER QUESTIONS<br>Reference: Welfare Benefit Plan | 140.00 | 0.28 | 39.67 | Billable |
| 4/25/2008<br>311568 | Shelia McLaughlin<br>PLAN TERM.<br>call with Boniface Okafor re: status of distribution process<br>Reference: Welfare Benefit Plan | 140.00 | 0.17 | 23.33 | Billable |
| 4/25/2008<br>311314 | Shelia McLaughlin<br>PLAN TERM.<br>call with Kristen Ornato/prep of agenda for conference call/further updates and review of waivers/conference call<br>Reference: Welfare Benefit Plan | 140.00 | 2.08 | 291.67 | Billable |
| 4/28/2008<br>311750 | Shelia McLaughlin<br>PLAN TERM.<br>update of NSP and Caleb Gray Burris payment spreadsheets<br>Reference: Welfare Benefit Plan | 140.00 | 0.12 | 16.33 | Billable |
| Total: PLAN TERM. | | | 5.00 | | $700.00 |
| TOTAL | Billable Fees | | 6.79 | | $1,182.00 |
| Total of billable expense slips | | | | | $0.00 |

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $1,182.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $1,182.00 |
| Total New Balance | | $1,182.00 |

5/5/2008
1:21 PM

Metro Benefits, Inc.
Pre-Bill Worksheet

Page 441

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Amount | Total |
| --- | --- |

NSP501

**Metro Benefits, Inc.**

Client/Plan Code : ~~NSP001~~

# Pass Through Information

Date : 5/2/08

From: MAX THORP Reed

To (MC) : DMB (keep for billing records)

Purpose: You had indicated that you had wanted this charge passed through to your client. Here is a copy of the item for your records. FROM: THORP REED

Type of expense: SEE ATTACHED

In the amount of : $ 2,090.00 Client/Plan Code : NSP001

Name of client : NAT'L ASSOC. OF SPECIAL POLICE & SECURITY OFFICERS

☐ I have already entered this item on your billing spreadsheet for the month of : ____________

For Accounting Purposes Only:

☐ Billed to Client On Metro Invoice dated : ____________

In the amount of : $ ____________ Verified By: ____________

☒ (entered in AP to G/L Account # 5485 )

ATTORNEYS AT LAW SINCE 1895

METRO BENEFITS, INC.
C/O DAVID M. LIPKIN
4900 PERRY HIGHWAY
SUITE 100
PITTSBURGH, PA 15229

04/24/08
019565.097000
INVOICE 420552
1454

---

| | |
|---|---|
| TOTAL FEES THIS STATEMENT | $2,090.00 |
| TOTAL EXPENSES THIS STATEMENT | $0.00 |
| | ----------- |
| TOTAL THIS STATEMENT | $2,090.00 |
| | =========== |

PLEASE INCLUDE OUR INVOICE NUMBER(S) ON YOUR CHECK



THORP REED
&
ARMSTRONG

ATTORNEYS AT LAW SINCE 1895

METRO BENEFITS, INC.
C/O DAVID M. LIPKIN
4900 PERRY HIGHWAY
SUITE 100
PITTSBURGH, PA 15229

04/24/08
019565.097000
INVOICE 420552
1454

E: FIDUCIARY -- NATIONAL ASSOCIATION OF SPECIAL POLICE AND SECURITY OFFICERS

PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 3/06/08 | Review materials regarding NSP Pension Plan and Welfare Benefits. KBO | .90 |
| 3/07/08 | Review documents. KBO | .70 |
| 3/10/08 | Review documents re: plan terminations. SLC | 1.50 |
| 3/11/08 | Prepare for and participate in conference call with D. Lipkin, KBO and other Metro Benefits personnel. SLC | 1.00 |
| 3/11/08 | Prepare for and review materials regarding NSP meeting/plans, including research of Davis Bacon Act Plans - prevailing wage return of contributions; orphan plan regulations. KBO | 2.40 |

| | | |
|---|---|---|
| TOTAL FEES FOR MATTER | 019565.09700 | $2,090.00 |
| TOTAL EXPENSES FOR MATTER | 019565.097000 | $0.00 |



THORP REED
&
ARMSTRONG

ATTORNEYS AT LAW SINCE 1895

METRO BENEFITS, INC. 04/24/08 PAGE 2
FILE NUMBER: 019565.097000
INVOICE NO.: 420552

TOTAL THIS STATEMENT $2,090.00
==============

**PAYMENT DUE UPON RECEIPT**

THORP REED & ARMSTRONG, LLP
ONE OXFORD CENTRE • 301 GRANT STREET • 14TH FLOOR • PITTSBURGH, PA 15219-1425
412 394 7711 • 412 394 2555 FAX
E.I. 25-0971898



ATTORNEYS AT LAW SINCE 1895

METRO BENEFITS, INC. 04/24/08 PAGE 3
FILE NUMBER: 019565.097000
INVOICE NO.: 420552

*---------------------------TIME AND FEE SUMMARY----------------------*

| *----------TIMEKEEPER---------* | RATE | HOURS | FEES |
|---|---|---|---|
| S L CHURCH | 380.00 | 2.50 | 950.00 |
| K B ORNATO | 285.00 | 4.00 | 1140.00 |
| TOTALS | | 6.50 | 2090.00 |

Exhibit B

**DOL PLAN – INDEPENDENT FIDUCIARY REPORT** **NSP 501**

**PLAN NAME:** **NSP-Health Plan**
**TODAY'S DATE IS:** **5/12/08**
**NEXT UPDATE WILL BE:** **8/08/08**
**PLAN ASSETS NOW AT:** **FCE $578,540 (12/31/07)**
**COURT UPDATE REQUIRED:** **Yes**

DOL TEAM - INV. Don Criswell SOL. Don Neely

METRO TEAM - ANALYST Shelia MC/REVIEWER Diane

1. We are working out details of "voluntary waiver" issue with fee. We have denied some and are investigating others further.

2. Employee letter going out shortly, shutting off claims as of 6/30/08.

3. Game plan is to pay out all residual funds to employees (once we change the waiver situation, above.)

Prepared by: David M. Lipkin, F.S.A.
Independent Fiduciary
Metro Benefits, Inc.
(412) 931-4000
david@metrobenefits.com

cc: Don Criswell; Don Neely; Mabel Capolongo; Joan Roller

# ORDER

It is hereby Ordered that the Independent Fiduciary fees in the amount of $3,272.00 for the period from 4/01/08 to 4/30/08 (Invoice #11273) are approved for payment.

Date: ______________________ ______________________________

Gladys Kessler
United States District Judge

Copies to: attorneys on record via ECF