UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** : <br> **United States Department of Labor,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **CALEB A. GRAY-BURRIS,** *et al.*, : <br> : <br> **Defendants.** : | Civil Action No. 06-1382 |

## **ORDER**

It is this 24th day of June, 2008, hereby

**ORDERED**, that the Independent Fiduciary fees in the amount of $3,272.00 for the period from April 1, 2008 to April 30, 2008 (Invoice #11273) are approved for payment.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**