

Exhibit A

# Metro Benefits, Inc.

**4900 Perry Highway**
**Suite 100**
**Pittsburgh, PA 15229**

# Invoice

| Date | Invoice # |
|---|---|
| 06/13/2008 | 11382 |

OK (al) 6/12/08

| Bill To |
|---|
| NASPSO HEALTH & WELFARE PLAN<br>c/o Metro Benefits, Inc.<br>4900 Perry Highway<br>Pittsburgh, PA 15229 |

| Service Thru | Plan Type | Due Date | Consultant | Client Code |
|---|---|---|---|---|
| 5/31/2008 | 125 Plan | 07/14/2008 | DMB | NSP501 |

| Item | Description | Rate | Amount |
|---|---|---|---|
| 1 | INDEPENDENT FIDUCIARY services performed on behalf of the Plan in May, 2008 per attached timeslips | 1,755.94 | 1,755.94 |
| | PASS THRU CHARGES: | | |
| 2 | Legal consultation re: waiver issues | 71.25 | 71.25 |
| 3 | Address search for 17 participants @ $6 per participant | 102.00 | 102.00 |

**A copy of our Timeslips Report is Attached for your information.**

**Total** **$1,929.19**

Questions? Please Contact Diane Barton @ 888-366-3876 or 412-931-4000 or diane@metrobenefits.com

**Balance Due $1,929.19**

Nickname NSP501 | 1447
Full Name NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS
Address C/O METRO BENEFITS, INC.
4900 PERRY HIGHWAY
PTTSBURGH PA 15229
DAVID M. LIPKIN
Phone 1 412.931.4000 Phone 2 412.931.4801
Phone 3 Phone 4
In Ref To
Last bill
Last charge 5/30/2008
Last payment Amount $0.00

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Activity: ALLOC/VAL-ROUTINE | | | | | |
| 5/5/2008<br>312707 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>PERIODIC INTERNAL REPLANNING MTG<br>Reference: Welfare Benefit Plan | 325.00 | 0.20 | 65.00 | Billable |
| 5/5/2008<br>312715 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>REVIEW EE LETTERS<br>Reference: Welfare Benefit Plan | 325.00 | 0.10 | 32.50 | Billable |
| 5/14/2008<br>313456 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>UPDATE WAVER ISSUES<br>Reference: Welfare Benefit Plan | 325.00 | 0.25 | 81.25 | Billable |
| 5/21/2008<br>313946 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>NO ENROLLMENT CARD ISSUE/E-MAILS<br>Reference: Welfare Benefit Plan | 325.00 | 0.17 | 55.25 | Billable |
| 5/30/2008<br>314583 | David Lipkin<br>ALLOC/VAL-ROUTINE<br>CALL ON WAIVERS/THORPE REED<br>Reference: Welfare Benefit Plan | 325.00 | 0.75 | 243.75 | Billable |
| 5/5/2008<br>312786 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>MEET W/I.F. TO PLAN OUT TERMINATION<br>Reference: Welfare Benefit Plan | 220.00 | 0.15 | 33.00 | Billable |
| 5/5/2008<br>312812 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>DISCUSS CHANGE IN FAMILY STATUS ISSUE ON BENEFIT WAIVERS<br>Reference: Welfare Benefit Plan | 220.00 | 0.15 | 33.00 | Billable |
| 5/5/2008<br>312826 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV. CLAIMS RUN-OUT NOTICE LETTER TO PARTICIPANTS DRAFTED BY MARILYN WARD; MODIFY SLIGHTLY<br>Reference: Welfare Benefit Plan | 220.00 | 0.15 | 33.00 | Billable |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/5/2008<br>312827 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV./REVISE LETTER TO PARTICIPANTS RE: CLARIFICATION ON WAIVERS TO DETERMINE VALIDITY (SLM)<br>Reference: Welfare Benefit Plan | 220.00 | 0.15 | 33.00 | Billable |
| 5/5/2008<br>312828 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV./REVISE LETTER TO PARTICIPANTS WITH CONFIRMATION THAT THE WAIVER IS INVALID (SLM)<br>Reference: Welfare Benefit Plan | 220.00 | 0.13 | 28.60 | Billable |
| 5/9/2008<br>312890 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV. SLM E-MAIL RE: PARTICIPANT FEEDBACK ON WAIVERS - RE: TIMELY SUBMISSION; OPEN ENROLLMENT QUESTIONS; CHANGE IN FAMILY STATUS, ETC.<br>Reference: Welfare Benefit Plan | 220.00 | 0.15 | 33.00 | Billable |
| 5/14/2008<br>313511 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>MEET W/I.F. & SLM TO DISCUSS DENIED WAIVER ISSUES & WHETHER TO ALLOW FOR OPEN ENROLLMENT & CHANGE IN FAMILY STATUS ISSUES<br>Reference: Welfare Benefit Plan | 220.00 | 0.25 | 55.00 | Billable |
| 5/29/2008<br>314477 | Diane Barton<br>ALLOC/VAL-ROUTINE<br>REV. DML & SLM E-MAILS RE: WAIVER ISSUE FOR WANDA THOMPSON TO DETERMINE IF SHE WAS ELIGIBLE TO WAIVER<br>Reference: Welfare Benefit Plan | 220.00 | 0.08 | 17.60 | Billable |
| 5/7/2008<br>312499 | Samantha Mullenax<br>ALLOC/VAL-ROUTINE<br>DOL UPDATE<br>Reference: Welfare Benefit Plan | 50.00 | 0.10 | 5.00 * | Billable |
| Total: ALLOC/VAL-ROUTINE | | | 2.78 | | $748.95 |
| Activity: BILLABLE/NONROU | | | | | |
| 5/15/2008<br>313177 | Shelia McLaughlin<br>BILLABLE/NONROU<br>coordinating the address search for several employees that FCE did not have an address on file for<br>Reference: Welfare Benefit Plan | 140.00 | 0.13 | 18.67 | Billable |
| Total: BILLABLE/NONROU | | | 0.13 | | $18.67 |
| Activity: GENERAL CONSULTATION | | | | | |
| 5/30/2008<br>314707 | Diane Barton<br>GENERAL CONSULTATION<br>CONFERENCE CALL WITH I.F. AND LEGAL COUNSEL ON WAIVER ISSUES<br>Reference: Welfare Benefit Plan | 220.00 | 0.75 | 165.00 | Billable |

* NO CHARGE

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Total: GENERAL CONSULTATION | | | 0.75 | | $165.00 |
| Activity: PLAN TERM. | | | | | |
| 5/2/2008<br>312237 | Shelia McLaughlin<br>PLAN TERM.<br>prep for update meeting with DMB and Independent Fiduciary<br>Reference: Welfare Benefit Plan | 140.00 | 0.08 | 11.67 | Billable |
| 5/5/2008<br>312387 | Shelia McLaughlin<br>PLAN TERM.<br>update meeting with DMB and IF/Draft of waiver denial letter/draft of waiver clarification letter<br>Reference: Welfare Benefit Plan | 140.00 | 1.17 | 163.33 | Billable |
| 5/7/2008<br>312451 | Shelia McLaughlin<br>PLAN TERM.<br>call with Caleb re: whether or not NSP happens to have waiver information on file<br>Reference: Welfare Benefit Plan | 140.00 | 0.17 | 23.33 | Billable |
| 5/7/2008<br>312407 | Shelia McLaughlin<br>PLAN TERM.<br>calls with Gabriel and Boniface Okafor re: waivers and payout of plan assets<br>Reference: Welfare Benefit Plan | 140.00 | 0.15 | 21.00 | Billable |
| 5/9/2008<br>312794 | Shelia McLaughlin<br>PLAN TERM.<br>call with Tim Rowe re: waiver information on file with DOL<br>Reference: Welfare Benefit Plan | 140.00 | 0.08 | 11.67 | Billable |
| 5/12/2008<br>313357 | Shelia McLaughlin<br>PLAN TERM.<br>emails with FCE re: calls that they received from participants re: allocation of remaining plan assets/call with Willie Thomas<br>Reference: Welfare Benefit Plan | 140.00 | 0.13 | 18.67 | Billable |
| 5/13/2008<br>313038 | Shelia McLaughlin<br>PLAN TERM.<br>call from Akua Thompson re: the denial of her waiver<br>Reference: Welfare Benefit Plan | 140.00 | 0.12 | 16.33 | Billable |
| 5/14/2008<br>313047 | Shelia McLaughlin<br>PLAN TERM.<br>update with DMB and DML re: open enrollment period and change in family status/review of missing address list from FCE/preparing a spreadsheet/email to FCE to provide addresses for those we had on file/call with Gabriel Okafor re: his waiver and DUB account<br>Reference: Welfare Benefit Plan | 140.00 | 0.62 | 86.33 | Billable |
| 5/15/2008<br>313346 | Shelia McLaughlin<br>PLAN TERM.<br>email to Kristen Ornato re: outstanding issues with waivers (change in family status and open enrollment)<br>Reference: Welfare Benefit Plan | 140.00 | 0.38 | 53.67 | Billable |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date<br>ID | Employee<br>Activity | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/16/2008<br>313290 | Shelia McLaughlin<br>PLAN TERM.<br>calls with Willie Thomas and Eric Mitchell re: waiver approvals and DUB accounts/call with Bret Blackstone re: why military coverage is not considered employer sponsored group coverage<br>Reference: Welfare Benefit Plan | 140.00 | 0.62 | 86.33 | Billable |
| 5/16/2008<br>313294 | Shelia McLaughlin<br>PLAN TERM.<br>call with Harbor Bank re: registration of the H & W plan checking account/prep of letter to bankrequesting liquidation of account<br>Reference: Welfare Benefit Plan | 140.00 | 0.22 | 30.33 | Billable |
| 5/16/2008<br>313297 | Shelia McLaughlin<br>PLAN TERM.<br>prep of address spreadsheet for FCE/emailing to Marilyn Ward so FCE can send out the rest of the final claim letters<br>Reference: Welfare Benefit Plan | 140.00 | 0.40 | 56.00 | Billable |
| 5/20/2008<br>313638 | Shelia McLaughlin<br>PLAN TERM.<br>call from Bridget Emakpor from American Securities<br>Reference: Welfare Benefit Plan | 140.00 | 0.17 | 23.33 | Billable |
| 5/21/2008<br>313716 | Shelia McLaughlin<br>PLAN TERM.<br>Telephone conversation with Kumassah Apetsi re: allocation basis for remaining H & W funds/update email to DML and DMB/coordinating conference call for May 30th/call with Harbor Bank re: retitling of account/lack of supporting documentation and inconsistent information from bank re: titleing<br>Reference: Welfare Benefit Plan | 140.00 | 0.77 | 107.33 | Billable |
| 5/29/2008<br>314699 | Shelia McLaughlin<br>PLAN TERM.<br>reading email from Bret Blackstone re: employee who claims they submitted a waiver but no one has a copy/forwarding to DML and DMB<br>Reference: Welfare Benefit Plan | 140.00 | 0.10 | 14.00 | Billable |
| 5/30/2008<br>314685 | Shelia McLaughlin<br>PLAN TERM.<br>conference call with DMB DML Kristen and Sally Church<br>Reference: Welfare Benefit Plan | 140.00 | 0.75 | 105.00 | Billable |
| Total: PLAN TERM. | | | 5.93 | | $828.32 |
| TOTAL | Billable Fees | | 9.59 | | $1,760.94 |
| Total of billable expense slips | | | | | $0.00 |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $1,760.94 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $1,760.94 |
| Total New Balance | | $1,760.94 |

NO-CHARGE ITEMS ( 5.00)

1,755.94

**Metro Benefits, Inc.**

**Client/Plan Code :** NSP501

# Pass Through Information

**Date :** 6/9/08

**From:** ACCURINT

**To (MC) :** DIANE **(keep for billing records)**

**Purpose:** **You had indicated that you had wanted this charge passed through to your client. Here is a copy of the item for your records.**

**Type of expense:** 17 ADDRESS SEARCHES

**In the amount of : $** 102.00 **Client/Plan Code :** NSP501

**Name of client :** NASPO

☒ **I have already entered this item on your billing spreadsheet for the month of :** MAY 2008

**For Accounting Purposes Only:**

☐ **Billed to Client On Metro Invoice dated :** ______

**In the amount of : $** ______ **Verified By:** ______

☐ **(entered in AP to G/L Account # 5485 )**

| ACCURINT SEARCH LOG | | | | |
|---|---|---|---|---|
| | | | | |
| Date | Client Code | Analyst | Participant Name | Fee |
| | | | | |
| 5/2/2008 | WDG | JLS | CRAIG, MARLIN | |
| 5/2/2008 | WDG | JLS | TOMKO, JOHN | |
| 5/15/2008 | ARP | NDR | KIKEL, PAUL | |
| 5/15/2008 | NSP501 | SLM | ADEJUMO, CHARLES | |
| 5/15/2008 | NSP501 | SLM | CURTIS, MARCIA | |
| 5/15/2008 | NSP501 | SLM | FAGBEMI, ROSELINE | |
| 5/15/2008 | NSP501 | SLM | HORACE, GEORGE | |
| 5/15/2008 | NSP501 | SLM | MAYHEW, ANTWAN | |
| 5/15/2008 | NSP501 | SLM | MCLAUGHLIN, CAROLINE | |
| 5/15/2008 | NSP501 | SLM | OLUGBADE, LAWRENCE | |
| 5/15/2008 | NSP501 | SLM | ONWUTEAKA, CHRISTIAN | |
| 5/15/2008 | NSP501 | SLM | OWENS, PUTNELL | |
| 5/15/2008 | NSP501 | SLM | PARKWOOD, EDWARD | |
| 5/15/2008 | NSP501 | SLM | POWELL, BARBARA | |
| 5/15/2008 | NSP501 | SLM | ROBINSON, MICHAEL | |
| 5/15/2008 | NSP501 | SLM | SEID, HARUM | |
| 5/15/2008 | NSP501 | SLM | SUTTON, DONNIE | |
| 5/15/2008 | NSP501 | SLM | TUCKER, CONRAD | |
| 5/15/2008 | NSP501 | SLM | WASHINGTON, TIMOTHY | |
| 5/15/2008 | NSP501 | SLM | WILLIAMS, WILLIE | |
| 5/20/2008 | CRT | WKC | HUFFMAN, DAPHNE | |
| 5/23/2008 | PMG | ALN | SOPKO, BRENT | |
| | | | | |
| | | | | |
| | | | | |

*HCH searches are not pass throughs, per NCK/DML

Diane

17 X $6 = 102.00

Diane #6

**Metro Benefits, Inc.**

**Client/Plan Code :** NSP501

# Pass Through Information

**Date :** 6/6/08

**From:** THORP REED + ARMSTRONG

**To (MC) :** DIANE **(keep for billing records)**

**Purpose:** **You had indicated that you had wanted this charge passed through to your client. Here is a copy of the item for your records.**

**Type of expense:** LEGAL PROF. SERVICES

**In the amount of : $** 71.25 **Client/Plan Code :** NSP501

**Name of client :** NASPO

☒ **I have already entered this item on your billing spreadsheet for the month of :** ~~JUNE~~ '08

MAY, 2008.

**For Accounting Purposes Only:**

☐ **Billed to Client On Metro Invoice dated :** ________

**In the amount of : $** ________ **Verified By:** ________

☒ **(entered in AP to G/L Account # 5485 )**



ATTORNEYS AT LAW SINCE 1895

METRO BENEFITS, INC.
C/O DAVID M. LIPKIN
4900 PERRY HIGHWAY
SUITE 100
PITTSBURGH, PA 15229

05/23/08
019565.097000
INVOICE 421987
1454

| | |
|---|---|
| TOTAL FEES THIS STATEMENT | $71.25 |
| TOTAL EXPENSES THIS STATEMENT | $0.00 |
| TOTAL THIS STATEMENT | $71.25 |

PLEASE INCLUDE OUR INVOICE NUMBER(S) ON YOUR CHECK

REMIT TO:
THORP REED & ARMSTRONG, LLP
P.O. BOX 73462
CLEVELAND, OH 44193
412 394 7711 • E.I.N. 25-0971898

ATTORNEYS AT LAW SINCE 1895

METRO BENEFITS, INC.
C/O DAVID M. LIPKIN
4900 PERRY HIGHWAY
SUITE 100
PITTSBURGH, PA 15229

05/23/08
019565.097000
INVOICE 421987
1454

---

RE: FIDUCIARY -- NATIONAL ASSOCIATION OF SPECIAL POLICE AND SECURITY OFFICERS

PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 04/25/08 | Discussion with client regarding the payment of an entitlement to the SUB accounts for the NSP employees who properly waived coverage or had other health coverage. KBO | .25 |

| | | |
|---|---|---|
| TOTAL FEES FOR MATTER | 019565.09700 | $71.25 |
| TOTAL EXPENSES FOR MATTER | 019565.097000 | $0.00 |
| TOTAL THIS STATEMENT | | $71.25 |

**PAYMENT DUE UPON RECEIPT**

REMIT TO:
THORP REED & ARMSTRONG, LLP
P.O. BOX 73462
CLEVELAND, OH 44193
412 394 7711 • E.I.N. 25-0971898



THORP REED
&
ARMSTRONG

ATTORNEYS AT LAW SINCE 1895

METRO BENEFITS, INC. 05/23/08 PAGE 2
FILE NUMBER: 019565.097000
INVOICE NO.: 421987

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| K B ORNATO | 285.00 | .25 | 71.25 |
| TOTALS | | .25 | 71.25 |

REMIT TO:
THORP REED & ARMSTRONG, LLP
P.O. BOX 73462
CLEVELAND, OH 44193
412 394 7711 • E.I.N. 25-0971898