DOL PLAN – INDEPENDENT FIDUCIARY REPORT          NSP 501

PLAN NAME:           NSP-Health Plan
TODAY'S DATE IS:     5/12/08
NEXT UPDATE WILL BE: 8/08/08
PLAN ASSETS NOW AT:  FCE $578,540 (12/31/07)
COURT UPDATE REQUIRED: Yes


DOL TEAM -           INV. Don Criswell          SOL. Don Neely


METRO TEAM -         ANALYST Shelia             MC/REVIEWER Diane


1. We are working out details of "voluntary waiver" issue with fee. We have denied some and are investigating others further.

2. Employee letter going out shortly, shutting off claims as of 6/30/08.

3. Game plan is to pay out all residual funds to employees (once we change the waiver situation, above.)


                                    Prepared by:  David M. Lipkin, F.S.A.
                                                  Independent Fiduciary
                                                  Metro Benefits, Inc.
                                                  (412) 931-4000
                                                  david@metrobenefits.com


cc:   Don Criswell; Don Neely; Mabel Capolongo; Joan Roller