**ORDER**

It is hereby Ordered that the Independent Fiduciary fees in the amount of $1,929.19 for the period from 5/01/08 to 5/31/08 (Invoice #11382) are approved for payment.


Date: _____     _____
                                     Gladys Kessler
                                     United States District Judge


Copies to: attorneys on record via ECF