UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of** U.S. Department of Labor, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-1382 (GK) |
| | : | |
| **CALEB A. GRAY-BURRISS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

It is this 16th day of July, 2008, hereby

**ORDERED**, that the Independent Fiduciary fees in the amount of $1,929.19 for the period from May 1, 2008 to May 31, 2008 (Invoice #11382) are approved for payment.


/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**