UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR )<br>UNITED STATES DEPARTMENT OF LABOR )<br><br>Plaintiff, )<br><br>v. )<br><br>CALEB A. GRAY-BURRISS, *et al.*, )<br><br>Defendants ) | CIVIL ACTION<br>NO. 06-1382 (GK) |

## MOTION TO APPROVE INDEPENDENT FIDUCIARY FEES

Metro Benefits, Inc., 4900 Perry Highway, Pittsburgh, PA 15229, as the Independent Fiduciary for the National Associates of Special Police and Security Officers ("NASPSO") Health and Welfare Plan, hereby moves that the Court approve the payment of fees incurred by Metro Benefits, Inc. for the period from 6/1/08 to 6/30/08.

1. Attached as Exhibit A to this Motion is Invoice #11574 and supporting Timeslip worksheets detailing the duties performed by Metro Benefits, Inc. on behalf of the Plan for the period from 6/01/08 through 6/30/08 in the amount of $3,694.84.

2. Attached as Exhibit B to this Motion is a copy of the Quarterly update dated 8/08/08 regarding the status of this case by the Independent Fiduciary.

Date: 8/7/08

Diane M. Barton, CPC, CEBS
Senior Vice President
Metro Benefits, Inc.

RECEIVED
AUG 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT