


**Metro Benefits, Inc.**
4900 Perry Highway
Suite 100
Pittsburgh, PA 15229

# Invoice

| Date | Invoice # |
|---|---|
| 07/16/2008 | 11574 |

| Bill To |
|---|
| NASPSO HEALTH & WELFARE PLAN<br>c/o Metro Benefits, Inc.<br>4900 Perry Highway<br>Pittsburgh, PA  15229 |

| Service Thru | Plan Type | Due Date | Consultant | Client Code |
|---|---|---|---|---|
| 6/30/08 | 125 Plan | 08/15/2008 | DMB | NSP501 |

| Item | Description | Amount |
|---|---|---|
| 1 | Independent Fiduciary services performed on behalf of the Plan in June, 2008 per attached timeslips | 2,070.34 |
| 2 | Pass Thru Charges:  Legal Consultation Charges | 1,624.50 |

**A copy of our Timeslips Report is Attached for your information.**

Questions? Please Contact Diane Barton @ 888-366-3876 or 412-931-4000 or diane@metrobenefits.com

| Total | $3,694.84 |
|---|---|
| **Balance Due** | **$3,694.84** |

7/2/2008
4:11 PM

**Metro Benefits, Inc.**
Pre-Bill Worksheet

Page 166

| | |
|---|---|
| Nickname | NSP501 | 1447 |
| Full Name | NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS |
| Address | C/O METRO BENEFITS, INC. |
| | 4900 PERRY HIGHWAY |
| | PTTSBURGH PA 15229 |
| | DAVID M. LIPKIN |
| Phone 1 | 412.931.4000    Phone 2   412.931.4801 |
| Phone 3 | Phone 4 |
| In Ref To | |
| Last bill | |
| Last charge | 6/27/2008 |
| Last payment | Amount    $0.00 |

| Date ID | Employee Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Activity: ALLOC/VAL-ROUTINE** | | | | | |
| 6/12/2008 315731 | David Lipkin ALLOC/VAL-ROUTINE UPDATE EE LETTERS ON WAIVER Reference: Welfare Benefit Plan | 325.00 | 0.17 | 55.25 | Billable |
| 6/16/2008 316483 | David Lipkin ALLOC/VAL-ROUTINE WAIVER LETTERS TO EES Reference: Welfare Benefit Plan | 325.00 | 0.90 | 292.50 | Billable |
| 6/20/2008 316506 | David Lipkin ALLOC/VAL-ROUTINE SIGN WAIVER LETTERS Reference: Welfare Benefit Plan | 325.00 | 0.17 | 55.25 | Billable |
| 6/16/2008 316610 | Diane Barton ALLOC/VAL-ROUTINE REV. PARTICIPANT LETTERS RE: DENIED WAIVERS; WAIVERS NEEDING MORE INFO; REVERSAL OF PREVIOUSLY DENIED WAIVERS (SLM) Reference: Welfare Benefit Plan | 220.00 | 0.35 | 77.00 | Billable |
| 6/18/2008 316641 | Diane Barton ALLOC/VAL-ROUTINE FINAL REVIEW OF PARTICIPANT WAIVER LETTERS W/SLM Reference: Welfare Benefit Plan | 220.00 | 0.15 | 33.00 | Billable |
| 6/19/2008 316656 | Diane Barton ALLOC/VAL-ROUTINE REV./RESPOND TO SLM E-MAIL FROM FCE RE: WHETHER DENIAL LETTERS WERE ISSUED & HOW TO PROCEED SINCE THE DENIALS WERE VERBAL Reference: Welfare Benefit Plan | 220.00 | 0.10 | 22.00 | Billable |
| **Total: ALLOC/VAL-ROUTINE** | | | 1.84 | | $535.00 |
| **Activity: BILLABLE/NONROU** | | | | | |
| 6/17/2008 316507 | Pauline Marshall BILLABLE/NONROU SCANNING OF INVOICES & ATTACHMENTS & MAIL TO DISTRICT COURT & ATTORNEYS Reference: Welfare Benefit Plan | 60.00 | 1.00 | (60.00) | Billable |

N/C

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date / ID | Employee / Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | Total: BILLABLE/NONROU | | 1.00 | | $60.00 |
| | **Activity: PLAN TERM.** | | | | |
| 6/20/2008 316569 | Pauline Marshall<br>PLAN TERM.<br>CERTIFIED MAILINGS; COPY ALL PACKAGES & MAIL<br>Reference: Welfare Benefit Plan | 60.00 | 4.75 | 285.00  N/C | Billable |
| 6/3/2008 314779 | Shelia McLaughlin<br>PLAN TERM.<br>update call with Tim Rowe at DOL<br>Reference: Welfare Benefit Plan | 140.00 | 0.17 | 23.33  N/C | Billable |
| 6/11/2008 315956 | Shelia McLaughlin<br>PLAN TERM.<br>waiver letters/review of Kristen Ornato's suggested language<br>Reference: Welfare Benefit Plan | 140.00 | 0.33 | 46.67 | Billable |
| 6/12/2008 315937 | Shelia McLaughlin<br>PLAN TERM.<br>waiver letters<br>Reference: Welfare Benefit Plan | 140.00 | 2.83 | 396.67 | Billable |
| 6/13/2008 315895 | Shelia McLaughlin<br>PLAN TERM.<br>call from Ira Denson re: rumor that another one of the plan participants already received a distribution<br>Reference: Welfare Benefit Plan | 140.00 | 0.08 | 11.67 | Billable |
| 6/13/2008 315889 | Shelia McLaughlin<br>PLAN TERM.<br>waivers letters - denial letters and letters requesting more information<br>Reference: Welfare Benefit Plan | 140.00 | 3.33 | 466.67 | Billable |
| 6/16/2008 316032 | Shelia McLaughlin<br>PLAN TERM.<br>call from employees James Wood and Akita Burgess<br>Reference: Welfare Benefit Plan | 140.00 | 0.10 | 14.00 | Billable |
| 6/16/2008 315341 | Shelia McLaughlin<br>PLAN TERM.<br>call from Akua Thompson re: rumor that participants are receiving distributions<br>Reference: Welfare Benefit Plan | 140.00 | 0.07 | 9.33 | Billable |
| 6/16/2008 316676 | Shelia McLaughlin<br>PLAN TERM.<br>review of waiver letters with DML<br>Reference: Welfare Benefit Plan | 140.00 | 0.25 | 35.00 | Billable |
| 6/16/2008 316680 | Shelia McLaughlin<br>PLAN TERM.<br>call from Gabriel Okafor re: rumor of Xiabian Jahi receiving a distribution from the Plan<br>Reference: Welfare Benefit Plan | 140.00 | 0.12 | 16.33 | Billable |

| 7/2/2008 | | Metro Benefits, Inc. | |
|---|---|---|---|
| 4:11 PM | | Pre-Bill Worksheet | Page 168 |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| Date ID | Employee Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/18/2008 316677 | Shelia McLaughlin PLAN TERM. revisions to waiver letters per DML review Reference: Welfare Benefit Plan | 140.00 | 1.00 | 140.00 | Billable |
| 6/19/2008 316655 | Shelia McLaughlin PLAN TERM. email levy notices to Caleb Gray-Burris Reference: Welfare Benefit Plan | 140.00 | 0.07 | 9.33 | Billable |
| 6/19/2008 316678 | Shelia McLaughlin PLAN TERM. print out of all waiver letters Reference: Welfare Benefit Plan | 140.00 | 1.75 | 245.00 | Billable |
| 6/20/2008 316612 | Shelia McLaughlin PLAN TERM. coordinating the mailing of waiver letters with Polly/merging and printing mailing labels Reference: Welfare Benefit Plan | 140.00 | 0.58 | 81.67 | Billable |
| 6/25/2008 317055 | Shelia McLaughlin PLAN TERM. review of NSP and Gray-Burris payments for Tim Rowe/email response Reference: Welfare Benefit Plan | 140.00 | 0.08 | (11.67) [circled] N/C | Billable |
| 6/26/2008 317037 | Shelia McLaughlin PLAN TERM. call from Boniface Okafor re: status of Waivers Reference: Welfare Benefit Plan | 140.00 | 0.10 | 14.00 | Billable |
| 6/26/2008 317038 | Shelia McLaughlin PLAN TERM. call from Richard Smith's wife re: the additional information needed to continue the review of his waiver Reference: Welfare Benefit Plan | 140.00 | 0.23 | 32.67 | Billable |
| 6/27/2008 317572 | Shelia McLaughlin PLAN TERM. call with Boniface Okafor re: status of distributions Reference: Welfare Benefit Plan | 140.00 | 0.12 | 16.33 | Billable |

| Total: PLAN TERM. | | | 15.96 | | $1,855.34 |
|---|---|---|---|---|---|
| TOTAL | Billable Fees | | 18.80 | | $2,450.34 |

Total of billable expense slips    $0.00

| | | | | Amount | Total |
|---|---|---|---|---|---|
| Total of Fees (Time Charges) | | | | | $2,450.34 |

| | | |
|---|---|---|
| 7/2/2008<br>4:11 PM | Metro Benefits, Inc.<br>Pre-Bill Worksheet | Page 169 |

NSP501:NATIONAL ASSOCIATION OF SPECIAL POLICE & SECURITY OFFICERS (continued)

| | Amount | Total |
|---|---|---|
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $2,450.34 |
| Total New Balance | | $2,450.34 |

*NO CHARGE ITEMS*    ( 380.00)
                                                      2,070.34

**Metro Benefits, Inc.**

Client/Plan Code : *NSP501*

# Pass Through Information

Date : *7/7/08*

From: *THORP REED ARMSTRONG*

To (MC) : *DIANE* _____ (keep for billing records)

**Purpose:** You had indicated that you had wanted this charge passed through to your client. Here is a copy of the item for your records.

Type of expense: *LEGAL PROF. SERVICES*

In the amount of : $ *1,624.50*   Client/Plan Code : *NSP501*

Name of client : *NSP501 - NASPO*

☑ I have already entered this item on your billing spreadsheet for the month of : *JUNE, 2008*

For Accounting Purposes Only:

☐ Billed to Client On Metro Invoice dated : _____

   In the amount of : $ _____ Verified By: _____

☑ (entered in AP to G/L Account # *5485* )



**THORP REED & ARMSTRONG**

ATTORNEYS AT LAW SINCE 1895

METRO BENEFITS, INC.  
C/O DAVID M. LIPKIN  
4900 PERRY HIGHWAY  
SUITE 100  
PITTSBURGH, PA 15229

06/25/08  
019565.097000  
INVOICE   423185  
1454

*CODE: NSP501*

| | |
|---|---|
| TOTAL FEES THIS STATEMENT | $1,624.50 |
| TOTAL EXPENSES THIS STATEMENT | $0.00 |
| TOTAL THIS STATEMENT | $1,624.50 |

PLEASE INCLUDE OUR INVOICE NUMBER(S) ON YOUR CHECK



*✓ ok to pay*

*Pass-thru expense for NSP501*

*7/7/08*

*DMB*

REMIT TO:  
THORP REED & ARMSTRONG, LLP  
P.O. BOX 73462  
CLEVELAND, OH 44193  
412 394 7711 • E.I.N. 25-0971898



**THORP REED & ARMSTRONG**

ATTORNEYS AT LAW SINCE 1895

```
METRO BENEFITS, INC.                          06/25/08
C/O DAVID M. LIPKIN                           019565.097000
4900 PERRY HIGHWAY                            INVOICE   423185
SUITE 100                                     1454
PITTSBURGH, PA 15229
```

RE: FIDUCIARY -- NATIONAL ASSOCIATION OF SPECIAL
    POLICE AND SECURITY OFFICERS

## PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 05/15/08 | Confer w/KBO re: change in status rules, open enrollment; review documents.<br>SLC | .50 |
| 05/15/08 | Research Open Enrollment and change in status events inquiry of client.<br>KBO | .90 |
| 05/29/08 | Review materials and prepare for conference call with client for Friday.<br>KBO | .40 |
| 05/30/08 | Prepare for and participate in conference call with D. Lipkin and personnel.<br>SLC | 1.00 |
| 05/30/08 | Prepare for and participate in call with Metro Benefits regarding outstanding eligibility issues related to the NSP Welfare Plan (i.e. late enrollment and change in status); draft claim letters - (i) denial based upon timing and (ii) appeal request for more information.<br>KBO | 2.40 |

```
            TOTAL FEES FOR MATTER      019565.09700          $1,624.50

            TOTAL EXPENSES FOR MATTER  019565.097000             $0.00
```

REMIT TO:
THORP REED & ARMSTRONG, LLP
P.O. BOX 73462
CLEVELAND, OH 44193
412 394 7711 • E.I.N. 25-0971898



**THORP REED & ARMSTRONG**
ATTORNEYS AT LAW SINCE 1895

```
METRO BENEFITS, INC.                         06/25/08          PAGE    2
FILE NUMBER: 019565.097000
INVOICE NO.:  423185
```

TOTAL THIS STATEMENT                                $1,624.50
                                                   ================

**\*\*PAYMENT DUE UPON RECEIPT\*\***



REMIT TO:
THORP REED & ARMSTRONG, LLP
P.O. BOX 73462
CLEVELAND, OH 44193
412 394 7711 • E.I.N. 25-0971898