# ORDER

It is hereby Ordered that the Independent Fiduciary fees in the amount of $3,694.84 for the period from 6/01/08 to 6/30/08 (Invoice #11574) are approved for payment.

Date: _____  _____
                                         Gladys Kessler
                                         United States District Judge

Copies to: attorneys on record via ECF