UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** | : | |
| **U.S. Department of Labor,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-1382 (GK) |
| | : | |
| **CALEB A. GRAY-BURRISS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

Upon consideration of the Motion to Approve Independent Fiduciary Fees, it is this 12th day of August, 2008, hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that the Independent Fiduciary fees in the amount of **$3,694.84** for the period from June 1, 2008 to June 20, 2008 (Invoice #11574) are approved for payment.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**